United States District Court
District of Columbia

| | |
|---|---|
| **Citizens United**, <br>     1006 Pennsylvania Ave., SE <br>     Washington, D.C. 20003, <br><br>                                        *Plaintiff*, <br>     v. <br>**Federal Election Commission**, <br>     999 E Street, NW <br>     Washington, DC 20463**,** <br><br>                                        *Defendant.* | **Case No.** _____ <br><br> THREE-JUDGE COURT |

**Certificate Required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia**

I, the undersigned counsel of record for Plaintiff Citizens United, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of Citizens United which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

 /s/ James Bopp, Jr.
James Bopp, Jr., D.C. Bar #CO0041
Richard E. Coleson*
Jeffrey P. Gallant*
Clayton J. Callen*
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, IN  47807
812/232-2434 telephone
812/234-3685 facsimile
*Pro Hac Vice Motion pending*
Counsel for Plaintiff

**Disclosure of Corporate Affiliations**