**United States District Court**
**District of Columbia**

| | |
|---|---|
| **Citizens United**,<br>　　1006 Pennsylvania Ave., SE<br>　　Washington, D.C. 20003,<br>　　　　　　　　　　　　　　*Plaintiff*,<br>　　*v.*<br>**Federal Election Commission**,<br>　　999 E Street, NW<br>　　Washington, DC 20463,<br>　　　　　　　　　　　　　　*Defendant*. | Case No. _____<br><br>THREE-JUDGE COURT |

## Application for Three-Judge Court and Memorandum in Support

　　Citizens United requests the appointment of a three-judge court to adjudicate this challenge to the Bipartisan Campaign Reform Act of 2002 (BCRA). LCvR 9.1.

*Points and Authorities*

　　Citizens United elects pursuant to § 403(d) of the BCRA to have the provisions of § 403(a) apply to this case. Pub. L. No. 107-155, 116 Stat. 81, 114.  Section 403(a) of the BCRA provides that a constitutional challenge to any provision of the BCRA shall be filed in this Court, and "shall be heard by a 3-judge court convened pursuant to section 2284 of title 28, United States Code." Pub. L. No. 107-155, 116 Stat. 81, 113-14. Section 2284(a) says "[a] district court of three judges shall be convened when otherwise required by Act of Congress." Section 2284(b)(1) states:

> [T]he judge to whom the request is presented shall, unless he determines that three judges are not required, immediately notify the chief judge of the circuit,

**Application for Three-Judge Court**

    who shall designate two other judges, at least one of whom shall be a circuit judge. The judges so designated, and the judge to whom the request was presented, shall serve as members of the court to hear and determine the action or proceeding. 28 U.S.C. § 2284(b)(1).

Citizens United's challenge to the BCRA is based on constitutional grounds, *see Complaint* ¶¶ 28-29, thus Plaintiff respectfully submits that a three-judge court should be convened to adjudicate this matter. Plaintiff has conferred with counsel for the FEC regarding this motion and they do not oppose this motion. LCvR 7(m).

Dated: December 13, 2007

        Respectfully submitted,

        \s\ James Bopp, Jr.
        James Bopp, Jr., D.C. Bar #CO0041
        Richard E. Coleson*
        Jeffrey P. Gallant*
        Clayton J. Callen*
        BOPP, COLESON & BOSTROM
        1 South Sixth Street
        Terre Haute, IN 47807-3510
        812/232-2434 telephone
        812/234-3685 facsimile
        * *Pro Hac Vice Motion pending*
        Counsel for Plaintiff

**United States District Court**
**District of Columbia**

| | |
|---|---|
| **Citizens United**,<br>    1006 Pennsylvania Ave., SE<br>    Washington, D.C. 20003,<br><br>                                        *Plaintiff*,<br><br>    v.<br><br>**Federal Election Commission**,<br>    999 E Street, NW<br>    Washington, DC 20463,<br><br>                                        *Defendant*. | Case No. _____<br><br>THREE-JUDGE COURT |

## Order Granting Application for Three-Judge Court

This action is before the court on Plaintiff's application for a three-judge court. For the reasons stated in the application, the Court GRANTS the application. As required by § 403 of the Bipartisan Campaign Reform Act of 2002, 116 Stat. 113-14, pursuant to 28 U.S.C. § 2284(a), the Court determines that three judges are required and will "immediately notify the chief judge of the circuit" who "shall designate two other judges, at least one of whom shall be a circuit judge."

SO ORDERED this \_\_\_\_ day of _____ 2007.

_____
United States District Judge

**Order**

Distribution:

James Bopp, Jr.
jboppjr@aol.com
Richard E. Coleson
rcoleson@bopplaw.com
Jeffrey P. Gallant
jgallant@bopplaw.com
Clayton J. Callen
ccallen@bopplaw.com
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, IN 47807-3510


Thomasenia P. Duncan
FEDERAL ELECTION COMMISSION
999 E Street, NW
Washington, D.C. 20436
tduncan@fec.gov