United States District Court
District of Columbia

| | |
|---|---|
| **Citizens United**,<br>    1006 Pennsylvania Ave., SE<br>    Washington, D.C. 20003,<br><br>                                    *Plaintiff*,<br>*v.*<br>**Federal Election Commission**,<br>    999 E Street, NW<br>    Washington, DC 20463**,**<br><br>                                    *Defendant.* | Case No. _____<br><br>THREE-JUDGE COURT |

# Motion to Expedite
# and Memorandum in Support

### *Motion*

Citizens United respectfully moves to expedite this action. With this motion Citizens United has filed their *Verified Complaint* and *Motion for Preliminary Injunction* that describe how § 201 and § 311 of the Bipartisan Campaign Reform Act of 2002 (BCRA), and its related provisions, as applied to the facts here, violate their First Amendment rights.

### *Statement of Facts*

Citizens United's latest documentary *Hillary: The Movie* is slated for release sometime between December 2007 and February 2008. *Complaint* ¶ 14. This imminent release date is crucial because Citizens United believes public interest in the film will be highest during this time. Citizens United thus intends to run Advertisements ("Ads") promoting *Hillary: The Movie* beginning immediately in order to maximize box office and DVD sales. *Complaint* ¶ 16. Citizens United intends to run the Ads on one or more national

**Motion to Expedite**

cable television stations. *Complaint* ¶ 17.

*Points and Authorities*

A constitutional challenge to the BCRA is to be "advance[d] on the docket and. . . expedite[d] to the greatest possible extent." BCRA § 403(a)(4), 116 STAT 113-14. Because of the First Amendment interests at stake, the drafters of the BCRA recognized the need for prompt answers to questions of its application and effect. *See id.* Time-sensitive questions of law demand rapid resolutions. Such cases require that "parties [] resolve disputes quickly without chilling speech through the threat of burdensome litigation." *See FEC v. Wisconsin Right to Life*, 127 S. Ct. 2652, 2566 (2007).

Absent timely judicial relief, Citizens United will not broadcast their Ads for fear of enforcement. With the fast-approaching release date of *Hillary*, every passing day results in a costly loss to Citizens United's ability to effectively advertise. Time is of the essence.

Citizens United respectfully requests that this case be expedited to the greatest possible extent. Plaintiff has conferred with legal counsel for the FEC regarding whether this matter should be expedited and FEC takes no position at this time. LCvR 7(m).

Dated: December 13, 2007.

Respectfully submitted,

/s/ James Bopp, Jr.
James Bopp, Jr., D.C. Bar #CO0041
Richard E. Coleson*
Jeffrey P. Gallant*
Clayton J. Callen*
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, IN 47807-3510
812/232-2434 telephone
812/234-3685 facsimile
* *Pro Hac Vice Motion pending*
Counsel for Plaintiff

**United States District Court**
**District of Columbia**

| | |
|---|---|
| **Citizens United**,<br>    1006 Pennsylvania Ave., SE<br>    Washington, D.C. 20003,<br><br>                                *Plaintiff*,<br><br>*v.*<br><br>**Federal Election Commission**,<br>    999 E Street, NW<br>    Washington, DC 20463,<br><br>                                *Defendant*. | Case No. _____<br><br>THREE-JUDGE COURT |

## Order Granting Motion to Expedite

This action is before the Court on Plaintiff's *Motion to Expedite*. With this Order the Court has also granted the Plaintiff's *Motion to Consolidate the Hearings on the Preliminary Injunction and Merits*. We hereby grant the Motion and will expedite the case to the greatest possible extent.


SO ORDERED this \_\_\_\_ day of _____2007.


_____
United States Circuit Judge

_____
United States District Judge

_____
United States District Judge


**Order**

Distribution:

James Bopp, Jr.
jboppjr@aol.com
Richard E. Coleson
rcoleson@bopplaw.com
Jeffrey P. Gallant
jgallant@bopplaw.com
Clayton J. Callen
ccallen@bopplaw.com
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, IN 47807-3510


Thomasenia P. Duncan
FEDERAL ELECTION COMMISSION
999 E Street, NW
Washington, D.C. 20436
tduncan@fec.gov