**United States District Court**
**District of Columbia**

| | |
|---|---|
| **Citizens United**, <br> 1006 Pennsylvania Ave., SE <br> Washington, D.C. 20003, <br> *Plaintiff*, <br><br> v. <br><br> **Federal Election Commission**, <br> 999 E Street, NW <br> Washington, DC 20463, <br> *Defendant*. | Case No. _____ <br><br> THREE-JUDGE COURT |

**Motion For Clayton J. Callen to Appear *Pro Hac Vice***

Comes now the movant, Mr. James Bopp, Jr., a licensed, practicing attorney-at-law and member of the bar in good standing of the United States District Court for the District of Columbia, and hereby moves this Court for permission for Clayton J. Callen to appear and participate in the above-captioned case, *pro hac vice*, on behalf of Plaintiff. LCvR 83.2(d).

In support of the foregoing motion, Movant states that Clayton J. Callen, of Bopp, Coleson & Bostrom, 1 South Sixth Street, Terre Haute, Indiana 47807, (812) 232-2434, is a member in good standing of the bar of the Supreme Court of Missouri. The declaration of Mr. Callen is attached. LCvR 83.2(d)

WHEREFORE, Movant prays that Clayton J. Callen be permitted to appear and participate in the above-captioned cause, *pro hac vice*, on behalf of the Plaintiff.

Plaintiff has conferred with legal counsel for the FEC regarding this motion and they do not oppose this motion. LCvR 7(m).

*Pro Hac Vice* **Motion**

Dated: December 13, 2007.

                                                      Respectfully submitted,

                                                      /s/ James Bopp, Jr.
                                                      James Bopp, Jr. Bar #CO0041
                                                      BOPP, COLESON & BOSTROM
                                                      1 South Sixth Street
                                                      Terre Haute, IN  47807
                                                      812/232-2434 telephone
                                                      812/234-3685 facsimile

United States District Court
District of Columbia

| | |
|---|---|
| **Citizens United**,<br>    1006 Pennsylvania Ave., SE<br>    Washington, D.C. 20003,<br><br>                            *Plaintiff*,<br><br>    *v.*<br><br>**Federal Election Commission**,<br>    999 E Street, NW<br>    Washington, DC 20463**,**<br><br>                            *Defendant*. | Case No. _____<br><br>THREE-JUDGE COURT |

**Local Rule 83.2(d) Declaration of Non-Member**

I, Clayton J. Callen, of Bopp, Coleson & Bostrom, 1 South Sixth Street, Terre Haute, IN 47807, (812) 232-2434, hereby declare the following:

1.    I am a member of the bar of the Missouri Supreme Court;

2.    I certify that I have never been disciplined by any bar;

3.    I have not been admitted *pro hac vice* to this Court in the past two years;

4.    I do not practice law from an office located in the District of Columbia.

I declare that the foregoing is true and correct.

Executed on December 13, 2007.


    /s/ Clayton J. Callen
Clayton J. Callen
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, IN  47807
812/232-2434 telephone
812/234-3685 facsimile

**Declaration of Clayton J. Callen**              3

United States District Court
District of Columbia

| | |
|---|---|
| **Citizens United**,<br>    1006 Pennsylvania Ave., SE<br>    Washington, D.C. 20003,<br><br>                              *Plaintiff*,<br><br>    *v.*<br><br>**Federal Election Commission**,<br>    999 E Street, NW<br>    Washington, DC 20463,<br><br>                              *Defendant*. | Case No. _____<br><br>THREE-JUDGE COURT |

### Order

Upon consideration of the Motion of Mr. James Bopp, Jr. for the admission of Clayton J. Callen to appear before this court, *pro hac vice*, and the Declaration of Mr. Callen in support thereof,

IT IS HEREBY ORDERED that the Motion of Mr. James Bopp, Jr. for the admission of Clayton J. Callen to appear before this court, *pro hac vice*, is granted; and it is

FURTHER ORDERED that Clayton J. Callen is hereby permitted to appear in the above-captioned cause *pro hac vice* on behalf of the Plaintiff.

SO ORDERED this ____ day of _____ 2007.

_____
United States Circuit Judge

_____
United States District Judge

_____
United States District Judge

**Order**

Distribution:

James Bopp, Jr.
jboppjr@aol.com
Richard E. Coleson
rcoleson@bopplaw.com
Jeffrey P. Gallant
jgallant@bopplaw.com
Clayton J. Callen
ccallen@bopplaw.com
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, IN 47807-3510


Thomasenia P. Duncan
FEDERAL ELECTION COMMISSION
999 E Street, NW
Washington, D.C.  20436
tduncan@fec.gov