United States District Court
District of Columbia

| | |
|---|---|
| **Citizens United**,<br>    1006 Pennsylvania Ave., SE<br>    Washington, D.C. 20003,<br><br>                              *Plaintiff*,<br>*v.*<br>**Federal Election Commission**,<br>    999 E Street, NW<br>    Washington, DC 20463,<br>                              *Defendant.* | Case No. _____<br><br>THREE-JUDGE COURT |

**Motion For Jeffrey P. Gallant to Appear *Pro Hac Vice***

Comes now the movant, Mr. James Bopp, Jr., a licensed, practicing attorney-at-law and member of the bar in good standing of the United States District Court for the District of Columbia, and hereby moves this Court for permission for Jeffrey P. Gallant to appear and participate in the above-captioned case, *pro hac vice*, on behalf of Plaintiff. LCvR 83.2(d).

In support of the foregoing motion, Movant states that Jeffrey P. Gallant, of Bopp, Coleson & Bostrom, 1 South Sixth Street, Terre Haute, Indiana 47807, (812) 232-2434, is a member in good standing of the bar of the Supreme Court of Virginia and of several federal bars, including the U.S. Supreme Court. The declaration of Mr. Gallant is attached. LCvR 83.2(d).

WHEREFORE, Movant prays that Jeffrey P. Gallant be permitted to appear and participate in the above-captioned cause, *pro hac vice*, on behalf of the Plaintiff.

Plaintiff has conferred with legal counsel for the FEC regarding this motion and they do not oppose. LCvR 7(m).

*Pro Hac Vice* **Motion**

Dated: December 13, 2007.

                                    Respectfully submitted,

                                    /s/  James Bopp, Jr.
James Bopp, Jr., Bar #CO0041
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, IN  47807
812/232-2434 telephone
812/234-3685 facsimile

Case 1:07-cv-02240-RCL-RWR   Document 8   Filed 12/13/2007   Page 2 of 4

United States District Court
District of Columbia

| | |
|---|---|
| **Citizens United**,<br>    1006 Pennsylvania Ave., SE<br>    Washington, D.C. 20003,<br><br>                                *Plaintiff*,<br>*v.*<br>**Federal Election Commission**,<br>    999 E Street, NW<br>    Washington, DC 20463,<br><br>                                *Defendant*. | Case No. _____<br><br>THREE-JUDGE COURT |

**Local Rule 83.2(d) Declaration of Non-Member**

I, Jeffrey P. Gallant, of Bopp, Coleson & Bostrom, 1 South Sixth Street, Terre Haute, IN 47807, (812) 232-2434, hereby declare the following:

1. I am a member of the following bars:

    ` 
    Supreme Court of Virginia
    United States District Court for the Southern District of Indiana
    United States District Court for the District of Colorado
    United States Court of Appeals for the Eighth Circuit
    United States Court of Appeals for the Seventh Circuit
    United States Court of Appeals for the Fourth Circuit
    United States Court of Appeals for the Ninth Circuit
    United States Court of Appeals for the District of Columbia
    United States Supreme Court;

2. I certify that I have never been disciplined by any bar;

3. I have not been admitted *pro hac vice* to this Court in the past two years;

4. I do not practice law from an office located in the District of Columbia.

I declare that the foregoing is true and correct.

**Declaration of Jeffrey P. Gallant**

Executed on December 13, 2007.

        /s/ Jeffrey P. Gallant
Jeffrey P. Gallant
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, IN 47807
812/232-2434 telephone
812/234-3685 facsimile

United States District Court
District of Columbia

| | |
|---|---|
| **Citizens United**,<br>    1006 Pennsylvania Ave., SE<br>    Washington, D.C. 20003,<br><br>                            *Plaintiff*,<br>**v.**<br>**Federal Election Commission**,<br>    999 E Street, NW<br>    Washington, DC 20463**,**<br><br>                            *Defendant.* | Case No. _____<br><br>THREE-JUDGE COURT |

## Order

Upon consideration of the Motion of Mr. James Bopp, Jr. for the admission of Jeffrey P. Gallant to appear before this court, *pro hac vice*, and the Declaration of Mr. Gallant in support thereof,

IT IS HEREBY ORDERED that the Motion of Mr. James Bopp, Jr. for the admission of Jeffrey P. Gallant to appear before this court, *pro hac vice*, is granted; and it is

FURTHER ORDERED that Jeffrey P. Gallant is hereby permitted to appear in the above-captioned cause *pro hac vice* on behalf of the Plaintiff.

SO ORDERED this ____ day of _____ 2007.

_____
United States Circuit Judge

_____
United States District Judge

_____
United States District Judge

**Order**

Distribution:

James Bopp, Jr.
jboppjr@aol.com
Richard E. Coleson
rcoleson@bopplaw.com
Jeffrey P. Gallant
jgallant@bopplaw.com
Clayton J. Callen
ccallen@bopplaw.com
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, IN 47807-3510


Thomasenia P. Duncan
FEDERAL ELECTION COMMISSION
999 E Street, NW
Washington, D.C.  20436
email @@