United States District Court
District of Columbia

| | |
|---|---|
| **Citizens United**,<br>    1006 Pennsylvania Ave., SE<br>    Washington, D.C. 20003,<br><br>                                          *Plaintiff*,<br>**v.**<br>**Federal Election Commission**,<br>    999 E Street, NW<br>    Washington, DC 20463,<br>                                          *Defendant.* | Case No. _____<br><br>THREE-JUDGE COURT |

**Motion For Richard E. Coleson to Appear** *Pro Hac Vice*

Comes now the movant, Mr. James Bopp, Jr., a licensed, practicing attorney-at-law and member of the bar in good standing of the United States District Court for the District of Columbia, and hereby moves this Court for permission for Richard E. Coleson to appear and participate in the above-captioned case, *pro hac vice*, on behalf of Plaintiff. LCvR 83.2(d).

In support of the foregoing motion, Movant states that Richard E. Coleson, of Bopp, Coleson & Bostrom, 1 South Sixth Street, Terre Haute, Indiana 47807, (812) 232-2434, is a member in good standing of the bar of the Supreme Court of Indiana and of several federal bars, including the U.S. Supreme Court. The declaration of Mr. Coleson is attached. LCvR 83.2(d).

WHEREFORE, Movant prays that Richard E. Coleson be permitted to appear and participate in the above-captioned cause, *pro hac vice*, on behalf of the Plaintiff.

Plaintiff has conferred with legal counsel for the FEC regarding this motion and they do not oppose. LCvR 7(m).

*Pro Hac Vice* **Motion**

Dated: December 13, 2007.

                                                    Respectfully submitted,

                                                    /s/ James Bopp, Jr.
                                                  James Bopp, Jr., Bar #CO0041
                                                  BOPP, COLESON & BOSTROM
                                                  1 South Sixth Street
                                                  Terre Haute, IN  47807
                                                  812/232-2434 telephone
                                                  812/234-3685 facsimile
                                                  Counsel for Plaintiff

United States District Court
District of Columbia

| | |
|---|---|
| **Citizens United**, <br>     1006 Pennsylvania Ave., SE <br>     Washington, D.C. 20003, <br>                               *Plaintiff*, <br> *v.* <br> **Federal Election Commission**, <br>     999 E Street, NW <br>     Washington, DC 20463, <br>                               *Defendant*. | Case No. _____ <br><br> THREE-JUDGE COURT |

**Local Rule 83.2(d) Declaration of Non-Member**

    I, Richard E. Coleson, of Bopp, Coleson & Bostrom, 1 South Sixth Street, Terre Haute, IN 47807, (812) 232-2434, hereby declare the following:

    1. I am a member of the following bars:

        Indiana Supreme Court
        United States Supreme Court
        United States Court of Appeals for the 4th Circuit
        United States Court of Appeals for the 5th Circuit
        United States Court of Appeals for the 7th Circuit
        United States Court of Appeals for the 9th Circuit
        United States Court of Appeals for the 10th Circuit
        United States Court of Appeals for the 11th Circuit
        United States District Court for the Northern District of Indiana
        United States District Court for the Southern District of Indiana

    2. I certify that I have never been disciplined by any bar.

    3. I have not been admitted *pro hac vice* to this Court in the past two years.

    4. I do not practice law from an office located in the District of Columbia.

**Declaration of Richard E. Coleson**

I declare that the foregoing is true and correct.

Executed on December 13, 2007.

    /s/ Richard E. Coleson
Richard E. Coleson
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, IN  47807
812/232-2434 telephone
812/234-3685 facsimile

United States District Court
District of Columbia

| | |
|---|---|
| **Citizens United**,<br>    1006 Pennsylvania Ave., SE<br>    Washington, D.C. 20003,<br><br>                                                *Plaintiff*,<br>*v.*<br>**Federal Election Commission**,<br>    999 E Street, NW<br>    Washington, DC 20463,<br>                                                *Defendant*. | Case No. _____<br><br>THREE-JUDGE COURT |

Order

Upon consideration of the Motion of Mr. James Bopp, Jr. for the admission of Richard E. Coleson to appear before this court, *pro hac vice*, and the Declaration of Mr. Coleson in support thereof,

IT IS HEREBY ORDERED that the Motion of Mr. James Bopp, Jr. for the admission of Richard E. Coleson to appear before this court, *pro hac vice*, is granted; and it is

FURTHER ORDERED that Richard E. Coleson is hereby permitted to appear in the above-captioned cause *pro hac vice* on behalf of the Plaintiff.

SO ORDERED this ____ day of _____ 2007.

_____
United States Circuit Judge

_____
United States District Judge

_____
United States District Judge

**Order**

Distribution:

James Bopp, Jr.
jboppjr@aol.com
Richard E. Coleson
rcoleson@bopplaw.com
Jeffrey P. Gallant
jgallant@bopplaw.com
Clayton J. Callen
ccallen@bopplaw.com
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, IN 47807-3510


Thomasenia P. Duncan
FEDERAL ELECTION COMMISSION
999 E Street, NW
Washington, D.C.  20436
tduncan@fec.gov