**United States District Court**
**District of Columbia**

| | |
|---|---|
| **Citizens United**, *Plaintiff*, <br><br> v. <br><br> **Federal Election Commission**, *Defendant*. | Case No. 1:07-CV-02240 - RCL <br><br> THREE-JUDGE COURT |

# Certificate of Service

I certify that the listed documents were served on the persons indicated by the means and on the dates indicated below:

| Document | Name & Address | Means & Date |
|---|---|---|
| Complaint & Summons | Thomasenia P. Duncan, General Counsel <br> FEDERAL ELECTION COMMISSION <br> 999 E Street, NW <br> Washington, DC 20436 | -hand delivery (12/13/07) <br> -email PDF (complaint only 12/13/07) <br> -certified mail (12/14/07) |
| | Civil Process Clerk <br> UNITED STATES ATTORNEY'S OFFICE <br> 501 Third Street, NW <br> Washington, DC 20530 | -hand delivery (12/13/07) <br> -certified mail (12/14/07) |
| | Attorney General Michael B. Mukasey <br> U.S. DEPARTMENT OF JUSTICE <br> 950 Pennsylvania Ave. NW <br> Washington, DC 20530 | -hand delivery (12/13/07) <br> -certified mail (12/14/07) |

| | | |
|---|---|---|
| Application for Three-Judge Court and Memorandum in Support; Motion to Expedite and Memorandum in Support; Motion for Richard E. Coleson to Appear *Pro Hac Vice*; Motion for Jeffrey P. Gallant to Appear *Pro Hac Vice*; Motion for Clayton J. Callen to Appear *Pro Hac Vice*; Motion to Consolidate Hearings on Preliminary Injunction and Merits & Memorandum in Support; Motion for Preliminary Injunction & Memorandum in Support of Preliminary Injunction Motion; Rule 7.1 Certificate. | Thomasenia P. Duncan, General Counsel<br>FEDERAL ELECTION COMMISSION<br>999 E Street, NW<br>Washington, DC 20436<br><br>Civil Process Clerk<br>UNITED STATES ATTORNEY'S OFFICE<br>501 Third Street, NW<br>Washington, DC 20530<br><br>Attorney General Michael B. Mukasey<br>U.S. DEPARTMENT OF JUSTICE<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530 | -hand delivery (12/13/07)<br>-email PDF (12/13/07)<br>-certified mail (12/14/07)<br><br><br>-hand delivery (12/13/07)<br>-certified mail (12/14/07)<br><br><br>-hand delivery (12/13/07)<br>-certified mail (12/14/07) |
| Complaint (delivery required by 116 Stat. 114) | The Honorable Lorraine C. Miller<br>U.S. HOUSE OF REPRESENTATIVES<br>U.S. Capitol, Room H154<br>Washington, DC 20515<br><br>Secretary of the Senate Nancy Erickson<br>UNITED STATES SENATE<br>Washington, DC 20510 | hand delivery (12/13/07)<br><br><br><br>hand delivery (12/13/07) |

/s/ James Bopp, Jr.
James Bopp, Jr.
BOPP, COLESON & BOSTROM

2