**United States District Court
District of Columbia**

FILED
DEC 1 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| **Citizens United**,<br>1006 Pennsylvania Ave., SE<br>Washington, D.C. 20003,<br><br>*Plaintiff*,<br>v.<br><br>**Federal Election Commission**,<br>999 E Street, NW<br>Washington, DC 20463,<br><br>*Defendant*. | Case No.  07 2240<br><br>THREE-JUDGE COURT |

## Order Granting Application for Three-Judge Court

This action is before the court on Plaintiff's application for a three-judge court. For the reasons stated in the application, the Court GRANTS the application. As required by § 403 of the Bipartisan Campaign Reform Act of 2002, 116 Stat. 113-14, pursuant to 28 U.S.C. § 2284(a), the Court determines that three judges are required and will "immediately notify the chief judge of the circuit" who "shall designate two other judges, at least one of whom shall be a circuit judge."

SO ORDERED this 14th day of December 2007.

_____
United States District Judge

Order

Distribution:

James Bopp, Jr.
jboppjr@aol.com
Richard E. Coleson
rcoleson@bopplaw.com
Jeffrey P. Gallant
jgallant@bopplaw.com
Clayton J. Callen
ccallen@bopplaw.com
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, IN 47807-3510


Thomasenia P. Duncan
FEDERAL ELECTION COMMISSION
999 E Street, NW
Washington, D.C. 20436
tduncan@fec.gov