AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Citizens United,
   1006 Pennsylvania Ave., SE
   Washington, D.C. 20003,

V.

Federal Election Commission,
   999 E Street, NW
   Washington, DC 20463,

**SUMMONS IN A CIVIL CASE**

CA   Case: 1:07-cv-02240
     Assigned To : Lamberth, Royce C.
     Assign. Date : 12/13/2007
     Description: 3-Judge Court

TO: (Name and address of Defendant)

Federal Election Commission,
999 E Street, NW
Washington, DC 20463,

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James Bopp, Jr., Bar #CO0041
Bopp, Coleson & Bostrom
1 South Sixth Street
Terre Haute, IN 47807
812/232-2434 telephone
812/234-3685 facsimile

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**              **DEC 13 2007**
CLERK                                     DATE

_(signature)_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE: 12-13-07 |
| NAME OF SERVER (PRINT): Clayton Callen | TITLE: Attorney – Bopp, Coleson + Bostrom |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Federal Election Commission. Left with R. Watts at front desk.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12-14-07      [Signature]
              Date           Signature of Server

              1 South 6th Street, Terre Haute, IN 47807
              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.