United States District Court
District of Columbia

| **Citizens United**, *Plaintiff*, v. **Federal Election Commission**, *Defendant*. | **Case No.** 07-2240-RCL<br><br>THREE-JUDGE COURT |
|---|---|

**Motion to Seal Exhibit 2 of Amended Complaint**

Plaintiff Citizens United moves to file Exhibit 2 of its *Amended Complaint* under seal. Exhibit 2 is the script of the soon to be released *Hillary: The Movie* ("*Hillary*"). *Hillary* is the copyrighted intellectual property of Citizens United, who intends to market it in theaters, on DVD, and as part of a compendium book. Citizens United believes that releasing the script for public record would greatly diminish revenue from *Hillary*. Additionally, Citizens United has sold the book rights for *Hillary*, thus further compelling that the script be kept under seal. Plaintiff has conferred with legal counsel for the FEC and they take no position on this motion citing inadequate time for consideration. LCvR 7(m).

Dated: December 21, 2007.

                                                  Respectfully submitted,

                                                  /s/ James Bopp, Jr.
                                                  James Bopp, Jr., D.C. Bar #CO0041
                                                  Richard E. Coleson*
                                                  Jeffrey P. Gallant*
                                                  Clayton J. Callen*
                                                  BOPP, COLESON & BOSTROM
                                                  1 South Sixth Street
                                                  Terre Haute, IN 47807-3510
                                                  812/232-2434 telephone
                                                  812/234-3685 facsimile
                                                  * *Pro Hac Vice Motion pending*
                                                  Counsel for Plaintiffs

**Motion to Seal**

United States District Court
District of Columbia

| | |
|---|---|
| **Citizens United**,<br>*Plaintiff*,<br>v.<br>**Federal Election Commission**,<br>*Defendant.* | Case No. 07-2240-RCL<br><br>THREE-JUDGE COURT |

**Order Granting Motion to Seal**

It is hereby ORDERED that Exhibit 2 of Plaintiff's *Amended Complaint* may be filed under seal for the reasons stated in the Plaintiff's motion.

SO ORDERED this _____ day of _____ 2007.

_____
United States Circuit Judge

_____
United States District Judge

_____
United States District Judge

**Order**

Distribution:

James Bopp, Jr.
jboppjr@aol.com
Richard E. Coleson
rcoleson@bopplaw.com
Jeffrey P. Gallant
jgallant@bopplaw.com
Clayton J. Callen
ccallen@bopplaw.com
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, IN 47807-3510


Thomasenia P. Duncan
Adav Noti
Steve N. Hajjar
FEDERAL ELECTION COMMISSION
999 E Street, NW
Washington, D.C.  20436