UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CITIZENS UNITED,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action Number 07-2240 (RCL) |
| ) | |
| **FEDERAL ELECTION COMMISSION,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter having come before the Court on defendant Federal Election Commission's Motion for Extension of Time to Respond [25] to Plaintiff's Second Motion for Preliminary Injunction [23], and plaintiffs' Motion to Consolidate the Hearings on Preliminary Injunctions and Merits [24] and the opposition thereto [26], it is hereby

ORDERED that defendant's motion for extension is GRANTED in part and DENIED in part. Defendant's opposition shall be served and filed on or before 4:30 p.m. on January 8, 2008.

It is further ORDERED that plaintiffs' motion to consolidate is GRANTED in part and DENIED in part. Hearings on the two preliminary injunction motions are consolidated and shall be held on January 10, 2007, at 10:00 a.m. Consolidation with trial on the merits is DENIED.

SO ORDERED.

Order entered by United States Circuit Judge A. Raymond Randolph and United States District Judges Royce C. Lamberth and Richard W. Roberts on December 31, 2007.