UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **CITIZENS UNITED,** | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 07-2240 (ARR, RCL, RWR) |
| | ) | (Three-Judge Court) |
| **FEDERAL ELECTION COMMISSION,** | ) | |
| Defendant. | ) | |

## ORDER

Now before the Court are several motions filed by plaintiff Citizens United: Motion [4] to Expedite, Motion [6] to Consolidate Hearings on Preliminary Injunction and Merits, three Motions [7, 8, and 9] for Leave to Appear Pro Hac Vice in this matter, and Motion [21] to Seal Exhibit 2 of Amended Complaint. It is hereby

ORDERED that the Motions to Expedite and to Consolidate Hearings on Preliminary Injunction and Merits are DENIED as moot in light of this Court's December 31, 2007 order. It is further hereby

ORDERED that the three Motions for Leave to Appear Pro Hac Vice are GRANTED. Clayton J. Callen, Jeffrey P. Gallant, and Richard E. Coleson are hereby permitted to appear in this matter pro hac vice on behalf of plaintiff. It is further hereby

ORDERED that the motion to seal is GRANTED.  The script of *Hillary: The Movie* shall be filed under seal in this matter.


Order entered by United States Circuit Judge A. Raymond Randolph and United States District Judges Royce C. Lamberth and Richard W. Roberts on January 4, 2008.