**United States District Court**
**District of Columbia**

| | |
|---|---|
| **Citizens United**, *Plaintiff*, v. **Federal Election Commission**, *Defendant*. | Case No. 07-2240-RCL THREE-JUDGE COURT |

**Notice Regarding Joint Stipulation and Filing DVD Version of Exhibits**

Citizens United hereby gives notice that on this 7th day of January, 2008, it will file with the Court, and provide to the Federal Election Commission, the following two DVDs. The first DVD contains video of the three advertisements that were filed as Exhibit 1 of the Amended Complaint (Doc. No. 22). The second DVD contains *Hillary: The Movie* (not filed under seal), the script of which was filed as Exhibit 2 of the Amended Complaint.

Additionally, according to paragraph 5 of the Joint Stipulation (Doc. No. 27), Citizens United hereby gives notice that it has released *Hillary: The Movie* for public sale and exhibition. Dated: January 7, 2008.

Respectfully submitted,

/s/ James Bopp, Jr.
James Bopp, Jr., D.C. Bar #CO0041
Richard E. Coleson*
Jeffrey P. Gallant*
Clayton J. Callen*
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, IN 47807-3510
812/232-2434 telephone
812/234-3685 facsimile
* *Pro Hac Vice Motion granted*
Counsel for Plaintiffs

**Notice of Filing**