# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CITIZENS UNITED, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civ. No. 07-2240 (ARR, RCL, RWR) |
| FEDERAL ELECTION COMMISSION, | ) ) | JOINT STIPULATION |
| Defendant. | ) ) ) | |

**JOINT STIPULATION AND ORDER REGARDING PLAINTIFF'S MOTION TO SEAL**

Plaintiff Citizens United and Defendant Federal Election Commission ("Commission") hereby stipulate, subject to the approval of the Court, as follows:

1. The Commission consents to Plaintiff's motion (Docket No. 21) to file Exhibit 2 to the Amended Complaint under seal.

2. The Commission will provide Plaintiff with at least 48 hours' notice prior to filing publicly in this case any document that includes excerpts from Exhibit 2.

3. If Plaintiff objects on the grounds that a specific excerpt that the Commission intends to include in a public filing is particularly sensitive, and if Plaintiff informs the Commission of this objection within 24 hours of receiving the notice described above in paragraph 2, the Commission will not include in its public filing the excerpt to which Plaintiff objects (although the Commission may make its filing under seal with the excerpt included).

4. Any excerpt regarding which Plaintiff does not object within 24 hours may be included in the Commission's public filing and any subsequent public filings.

    5.      Plaintiff will notify the Court if *Hillary: The Movie* is exhibited, transmitted, or sold to the public, upon which notification the Court will vacate paragraphs 2-4 of this stipulation.

Respectfully submitted,

| | |
|---|---|
| \s\ James Bopp, Jr. | Thomasenia P. Duncan (D.C. Bar No. 424222) |
| James Bopp, Jr. | General Counsel |
| Richard E. Coleson | |
| Jeffrey P. Gallant | David Kolker (D.C. Bar No. 394558) |
| Clayton J. Callen | Associate General Counsel |
| BOPP, COLESON & BOSTROM | |
| 1 South Sixth Street | Kevin Deeley |
| Terre Haute, IN 47807-3510 | Acting Assistant General Counsel |
| COUNSEL FOR PLAINTIFF | |
| | /s/ Adav Noti |
| | Adav Noti (D.C. Bar No. 490714) |
| | Attorney |
| | |
| | COUNSEL FOR DEFENDANT |
| | FEDERAL ELECTION COMMISSION |
| | 999 E Street NW |
| | Washington, DC 20463 |
| Dated: December 27, 2007 | (202) 694-1650 |

SO ORDERED

    / s /
United States Circuit Judge A. Raymond Randolph

    / s /
United States District Judge Royce C. Lamberth

    / s /
United States District Judge Richard W. Roberts

January 7, 2008