HRC – DRAFT 12/21/07
Page 1

| VIDEO | AUDIO |
|---|---|
| CU LOGO | Music – The Thieving Magpie |
| LISTEN TO LIZ OPTION | |
| Can license Magpie for $500 | |
| Title card | "The problem with nostalgia is what we tend to do is only remember what you like and you forget the parts you didn't like. " |
| FADE ON MORE SLOWLY | |
| OTHER TEXT OPTIONS? | |
| ADD TO TEXT Democratic Presidential Candidate | (WAIT A BEAT BEFORE DISSOLVING IN JOHN EDWARDS) |
| Hillary Headlines montage | |
| Headlines continue | MUSIC |
| Hillary stills | |
| 1ˢᵗ STILL HOLD ON 2 MORE SECONDS | |

BAY BUCHANAN
She's driven by the power. She's driven to get the power. That is the driving force in her life.

ROBERT NOVAK
She does not answer questions straight out

ANN COULTER –
5128 she is the expert at not saying what she believes – //she will run on attacking republicans , and being the first woman president  - oh isn't that amazing, she's a woman she can walk  and talk

LARRY KUDLOW
The thought here is it's all politics. Parcel out favors to individual groups, whether it's unions here or the farm block there

MARK LEVIN

Notes from all screenings thru 18 Dec 3pm
AP notes from 11dec07 screening AP, DB, Frank Luntz
AP notes from 10dec07 screening AP, DB, MB, JTM, NW
FINAL NOTES 12/19

HRC – DRAFT 12/21/07
Page 2

520 she is steeped in controversy, steeped in sleaze, that's why they don't want us to look at her record//

KATE  O'BEIRNE
I would recommend that Hillary Clinton appreciate that she will not be by any means the candidate of American women.  American women have diverse views on politics, just like men.

JOHN MICA
At the core of almost every one of the investigations we did for eight years where there were problems and I mean major problems in the Clinton administration she was at the core of them

TONY BLANKLEY
It's part of the Clinton method, which is say what you need to say at any given moment, and rely on the lack of memory of the American public, (10:00) and support of the mainstream media to support that lack of memory.

(or alternate
TONY BLANKLEY 10935
she makes herself sound like she has diplomatic experience, like she has managerial experience, as if she has policy development experience.  She doesn't have any of those things, and the media has largely bought-in to her campaign claim that she's Miss Experience, and she's not.)

MUSIC

MARK  LEVIN
the 20-year plan really is that the Clintons share power; one would be president eight years; and one would

Notes from all screenings thru 18 Dec 3pm
AP notes from 11dec07 screening AP, DB, Frank Luntz
AP notes from 10dec07 screening AP, DB, MB, JTM, NW
FINAL NOTES 12/19

HRC – DRAFT 12/21/07
Page 3

be president another eight years over a span of 20 years with a little Republican in between perhaps.

USE STILL OF BILL AND HILLARY "SHH-SHHING" ELSEWHERE

JEFF GERTH
So in essence what happened is that Bill and Hilary in their mid-20's before they ever took their martial vows, they took their political vows

DICK MORRIS (APPROX 200 IN)
You know a lot of people ask me do we have to go through all these old Clinton scandals again.  Well I've good news for you.  You don't.  Because you can look at the new ones.  Because Hillary Clinton scandals are a gift that keeps on giving.

Hillary  b roll or stills to  big finish

Music

CHECK AND SMOOTH OUT TIMING OF DICK AND ANN INTERCUT

DICK MORRIS
Ruthless, vindictive,

ANN COULTER
Mendacious, venal, sneaky

DICK MORRIS
Ideological, intolerant

ANN COULTER
Liar's a good one.

MARK LEVIN
Scares the hell out of me

ANN COULTER
Looks good in a pant suit.

Movie title

Music buttons

BRING TITLE IN MORE SLOWLY. LEAVE ON SCREEN ANOTHER 2 SECONDS

Notes from all screenings thru 18 Dec 3pm
AP notes from 11dec07 screening AP, DB, Frank Luntz
AP notes from 10dec07 screening AP, DB, MB, JTM, NW
FINAL NOTES 12/19

REVERB OR ECHO ON HRC VOICE. MAKE IT SOUND DISTANT, FROM THE PAST.

Continue with Washington images – treated, filtered, dark, ominous

HILLARY clip voice over only
I announced today that I am  forming a presidential exploratory committee. I'm not just starting a campaign though, I'm beginning a conversation, with you, with America.//

MUSIC QUICK UP

HILLARY
So let's talk. Let's chat. Let's start a dialogue about your ideas and mine.//

MUSIC QUICK UP

HILLARY
and while I can't visit everyone's living room. I can try.//
add a bit more breath here
(So) let the conversation begin. I have a feeling it's going to be very interesting.

Cover most of her w/Hillary

KATE O'BEIRNE –
The challenge for Hillary Clinton on a campaign trail is she has to pretend to be something that she is not. She is far more liberal than she is going to want to be led on. That means, you have to be very controlled. You cannot be too spontaneous. You are pretending to be something and I think that is going to be a potential problem for her on a couple of grounds. It is inauthentic and people spot that.

HRC (screaming)
…we have a right to debate and disagree with any administration!!

1850?

JEFF GERTH
she's a person who's struggling herself with figuring out who she is or more importantly how she wants to present herself to the American public, because

Notes from all screenings thru 18 Dec 3pm
AP notes from 11dec07 screening AP, DB, Frank Luntz
AP notes from 10dec07 screening AP, DB, MB, JTM, NW
FINAL NOTES 12/19

HRC – DRAFT 12/21/07
Page 5

her own advisors told us that her sort of
authenticity, who she is, is issue one,
issue two and issue three for her.

HRC
I don't feel no ways tired. I come to far
from where I started from

GERTH – 4020
she's continually trying to redefine
herself and figure out who she is and, and
project an authenticity to voters who are,
are of course wondering who is the real
Hillary.

VO #1
HILLARY RODHAM CLINTON.
COULD SHE BECOME THE FIRST
FEMALE PRESIDENT IN THE
HISTORY OF THE UNITED STATES?
HER NAME IS KNOWN BY NEARLY
EVERY AMERICAN, BUT WHO SHE
REALLY IS REMAINS LARGELY A
MYSTERY.

NEW

VO#2
HILLARY CLINTON POINTS TO HER
TIME IN THE WHITE HOUSE AS A
LARGE PART OF HER
QUALIFICATION FOR THE JOB AS
PRESIDENT. BUT MOST OF THE
NEWS MEDIA HAS CONVENIENTLY
FORGOTTEN THAT HER TIME AS
FIRST LADY WAS MIRED IN
CONTROVERSY.

USE HEADLINE GRAPHICS TO
SEPARATE VO 1, 2, and 3

CHANGE BACK TO ORIGINAL

VO #3
SHE WAS THE 'FIRST FIRST LADY'
TO COME UNDER CRIMINAL
INVESTIGATION. IN BOTH LITTLE
ROCK AND WASHINGTON, D.C.,
SHE WAS PLAGUED BY NUMEROUS

Notes from all screenings thru 18 Dec 3pm
AP notes from 11dec07 screening AP, DB, Frank Luntz
AP notes from 10dec07 screening AP, DB, MB, JTM, NW
FINAL NOTES 12/19

HRC – DRAFT 12/21/07
Page 6

SCANDALS

SCANDAL MONTAGE

Quick News clip - scandal

5706 RAW TRANSCRIPT NUMBER
NOVAK'S IN IS CLIPPED

BOB NOVAK:
Senator Clinton has an extraordinary ability to obfuscate, to refuse to answer questions; to avoid confrontations, and up until now has been giving a pass on it.

HAVE INSERTED YOUTUBE CLIP. IT IS SHORTER THAN THIS ONE.  WE HAVE REQUESTED THE NH, October 14 CLIP

JOHN EDWARDS:
"Instead of moving from primary mode to general election mode, why don't we have tell-the-truth mode, all the time, and not say something different one time than we say another time?  We need to be able to trust both a presidential candidate and a president of the United States."   (NH, October 14, 2007)

BOB TYRELL
We know Hillary's an insecure person, secure people don't lie. They don't lie inveterately they way she does.

BAY BUCHANAN
What drives Hillary now is power. She very much is interested in gaining power, she considers herself to be a special person. She has a lot of arrogance, a spirit of superiority about her. And this is the driving force in her life, is to gain and acquire and maintain power. And her husband got to the top and since she saw it, she felt it, and she wants there herself.

VO #4A
OVER THE PAST 16 YEARS HILLARY CLINTON HAS UNDOUBTEDLY BECOME ONE OF THE MOST DIVISIVE FIGURES IN AMERICA. HOW THIS MAKES HER SUITED TO UNITE THE COUNTRY AS THE NEXT PRESIDENT IS TROUBLING TO MANY.

Notes from all screenings thru 18 Dec 3pm
AP notes from 11dec07 screening AP, DB, Frank Luntz
AP notes from 10dec07 screening AP, DB, MB, JTM, NW
FINAL NOTES 12/19

HRC – DRAFT 12/21/07
Page 7

ANN COULTER
1855 and recall Hillary speaking at a
black church on Martin Luther King what
a coincidence

Hillary CLINTON
U.S. house run like a plantation, and you
know what I'm talking about (audience
rumble)

ANN COULTER
and you know what I'm talking about
girlfriend. What? That's how she's going
to get the power? By accusing the
republicans of running a plantation at a
black chuch on martin luther king day.
That's it? Okay 1917

FADE OUT – END TEASE

<mark>ADD CHAPTER HEADLINE GRAPHICS</mark>

<mark>SLOW PUSH ON OPRAH</mark>

<mark>INCLUDED TEXT FROM MAUREEN
DOWD'S COLUMN</mark>

AUDIO FADE or button

VO#5
AFTER ANNOUNCING HER BID FOR
THE PRESIDENCY,  FELLOW
DEMOCRATS INCLUDING  FORMER
CLINTON CONFIDANT AND
HOLLYWOOD MOGUL DAVID
GEFFEN PUBLICLY QUESTIONED
HILLARY'S INTEGRITY AND
TRUTHFULNESS. SUCH BREAKS
WITHIN THE CLINTON INNER
CIRCLE BEG THE QUESTION: WHAT
*IS* THE TRUTH ABOUT HILLARY
RODHAM CLINTON?

BOB TYRELL
It's a recklessness that is born of
arrogance that does back to her 1960's
roots in their narcissism. They believe
they are a rule unto themselves. Every
time Hillary's been caught in scandal, she
really did it. No one made it up.

Notes from all screenings thru 18 Dec 3pm
AP notes from 11dec07 screening AP, DB, Frank Luntz
AP notes from 10dec07 screening AP, DB, MB, JTM, NW
FINAL NOTES 12/19

HRC – DRAFT 12/21/07
Page 8

DICK MORRIS
She's deceitful.  She'll make up any story;
lie about anything, as long as it serves her
purpose of the moment.  And the
American people are going to catch on to
it.

VO #7
SO, WHO IS THE REAL HILLARY
CLINTON? IS SHE A-BRILLIANT
TRAILBLAZER, POISED TO MAKE
HISTORY AS THE FIRST FEMALE
PRESIDENT, OR IS SHE RUTHLESS,
CUNNING,  DISHONEST  -  WILLING
TO DO ANYTHING FOR POWER?

FADE OUT                                    FADE OUT

                                                         MUSIC

PRETTY IN PINK BITES FROM          PRETTY IN PINK Q&A
"PINKpulls 11dec07"

                                                         DICK MORRIS
                                                         When you look at all the scandals in the
                                                         Clinton administration, all roads lead to
                                                         Hillary.

                                                         ANN COULTER:
                                                         It also tells us something about the
                                                         character of the American media.  I mean
                                                         they - they carry these people.
                                                         Republicans with those numbers of
                                                         character flaws, with that sort of
                                                         behavioral problem and psychopathic
                                                         psychology could not run or be elected to
                                                         dog catcher if it were a Republican.

                                                         VO#6
AS PER DAVE, BETTER, MORE         THE 'POLITICS OF PERSONAL
AGGERSSIVE HRC PHOTO FROM 90'S   DESTRUCTION' WAS A PHRASE
                                                         POPULARIZED BY THE CLINTONS
                                                         IN THE 90s  TO DESCRIBE THE
                                                         ATTACKS BY WHAT HILLARY
                                                         CALLED THE 'VAST RIGHT WING

Notes from all screenings thru 18 Dec 3pm
AP notes from 11dec07 screening AP, DB, Frank Luntz
AP notes from 10dec07 screening AP, DB, MB, JTM, NW
FINAL NOTES 12/19

CONSPIRACY. BUT, IS SHE
ACTUALLY MORE FAMILIAR WITH
PRACTICING THAT FINE ART THAN
BEING ITS VICTIM?

MR. BLANKLEY:
They have been the masters of the
politics of personal destruction.  And
then they use the well-known trick of
accusing your opponents of your own
malfeasance.  So they accuse
Conservatives of speaking honestly about
the ethical shortcomings of the Clintons,
while they, in fact, speak dishonestly
about the integrity of their opponents.
And that has been a bellwether, and it has
done destruction to people who they've
encountered.

JOHN FUND
I think that even people in the
Democratic Party will acknowledge the
Clintons are particularly ruthless and
particularly aggressive when it comes to
campaigns.  They war room.  This is a
military metaphor for the campaign the
Clintons invented.  The war room
regarding instant responses that no matter
what the validity of the charge you don't
explain the charge, you don't apologize
for the charge, you don't admit any error,
you automatically attack the integrity or
the motivations of the other side.

==NEED WORK ON TRANSITION== NEW
CHAPTER

==CAN WE DO A HEADLINE MONTAGE==
==OR TRAVELGATE HEADLINE==
==TREATMENT?==

TONY BLANKLEY 14015
There are any number of things in the
Clinton's political history worth recalling
before you go in to potentially vote for a
Clinton, in this case a Hillary Clinton//it's
a small example but I think a telling one,
when they turned on, when they were in
the White House, the travel ~~office~~, where
you had career civil servants doing a

Notes from all screenings thru 18 Dec 3pm
AP notes from 11dec07 screening AP, DB, Frank Luntz
AP notes from 10dec07 screening AP, DB, MB, JTM, NW
FINAL NOTES 12/19

HRC – DRAFT 12/21/07
Page 10

great job providing the travel services for the President and his staff. And they wanted to get a lackey friend in, and they could have fired the guy in charge, but they accused him of a crime, they tried to ruin his life in order to get him out and get their lackey s in. 14054 (hard out)

Clinton inaugural b roll?                     MUSIC –

VO #8
WHEN THE CLINTON'S MOVED TO 1600 PENNSYLVANIA AVENUE IN 1993, WHITE HOUSE VETERAN BILLY DALE WAS THE DIRECTOR OF THE TRAVEL OFFICE. DALE HAD FAITHFULLY SERVED 7 PREVIOUS PRESIDENTS – STARTING WITH JOHN F. KENNEDY IN 1961. BUT   DALE, WHO HAD ACTUALLY VOTED FOR CLINTON FOR PRESIDENT, WOULD SOON DISCOVER THAT BUSINESS UNDER THE CLINTONS WOULD NOT BE BUSINESS AS USUAL.

BILLY DALE
we knew that we were in for a rougher transition because we had heard stories from secret service agents who had gone to Little Rock for a two week stay down there… and the stories that some of the agents would come back and tell us, that we just knew that it was going to be different. We didn't realize how different it was going to be.

MUSIC QUICK

BILLY DALE 10149 -
The new administration is free to fire anybody that they want to but uh, traditionally that does not happen

VO#9 (bd2)

Notes from all screenings thru 18 Dec 3pm
AP notes from 11dec07 screening AP, DB, Frank Luntz
AP notes from 10dec07 screening AP, DB, MB, JTM, NW
FINAL NOTES 12/19

HRC – DRAFT 12/21/07
Page 11

ON THE DAY OF CLINTON'S
INAUGURATION, WEDNESDAY,
JANUARY 20, 1993, BILLY DALE
GOT A CALL FROM AN UNKNOWN
WOMAN, INDICATING THAT
KATHERINE CORNELIUS, THE 24
YEAR OLD 3RD COUSIN OF
PRESIDENT CLINTON, WOULD
SOON BE WORKING IN THE
TRAVEL OFFICE.

BILLY DALE 10223
I got to know who Katherine Cornelius
was, she went to work in David Watkins
office, uh answering phones, but she
never let up in her demands…to take over
the travel office.

BILLY DALE 10352
in the meantime I get a telephone call
from a gentleman in Ohio

BILLY DALE10355
And he wants to know how he can get in
on some of the White House charter
business,

BILLY DALE

VIDEO CU male mouth talking into phone

BILLY DALE 10403
And I said "That's what I do. I arrange
the charters." And he says "I know. But-"
he says, "We could make some money
here."

MUSIC QUICK

BILLY DALE

BILLY DALE 10427
If I had made arrangements with that
gentleman I speculate that things would
have been very different then as they
turned out.

TRANSITION NEEDS WORK

FIX VO

VO #11
THAT CALL WAS FROM DARNELL
MARTENS, A PARTNER OF
CLINTON'S CLOSE FRIENDS AND

Notes from all screenings thru 18 Dec 3pm
AP notes from 11dec07 screening AP, DB, Frank Luntz
AP notes from 10dec07 screening AP, DB, MB, JTM, NW
FINAL NOTES 12/19

Getty images 52015775



HOLLYWOOD PRODUCERS, HARRY AND LINDA BLOODWORTH-THOMASON, IN A TRAVEL AGENCY CALLED T-R-M.  WHEN CONGRESS INVESTIGATED, THEY LEARNED ==HARRY== THOMASON HAD MULTIPLE CONVERSATIONS WITH FIRST LADY HILLARY CLINTON ABOUT TAKING OVER THE WHITE HOUSE CHARTERS.

BILLY DALE
[01:49:20] approx
at that time I didn't even know who Harry Thomason was, but we have since learned that Katherine was reporting to him and he was reporting to the First Lady, Hillary Clinton

VO #12
AS DALE SAYS, EVERY NEW PRESIDENT HAS THE RIGHT TO HIRE NEW TRAVEL OFFICE STAFF – EVEN THOUGH NO PRESIDENT HAD DONE SO FOR OVER 30 YEARS. BUT NOT ONLY WAS BILLY DALE FIRED, ALONG WITH 6 OTHER TRAVEL OFFICE STAFF MEMBERS, HE WAS ALSO LOCKED OUT OF HIS OFFICE. BUT THAT WAS ONLY THE BEGINNING.

BILLY DALE 10636
I got accused of embezzling $14,000 …that I couldn't account for because the logs were missing.

BILL DALE: 10723
at the same time//

BILL DALE 10740
Didi Meyers is in, in the press room briefing the White House Press Corps, telling them that we were being fired for criminal misconduct and the FBI was

Notes from all screenings thru 18 Dec 3pm
AP notes from 11dec07 screening AP, DB, Frank Luntz
AP notes from 10dec07 screening AP, DB, MB, JTM, NW
FINAL NOTES 12/19

being called in to conduct a criminal investigation.

Music quick

CONGRESSMAN BURTON

BURTON 10754
I think that they wanted to make it look like they were doing it because it was corruption over there so nobody would criticize them, because the media liked Billy Dale and the people there.

VO #13 (bd4)
GARY ALDRICH WAS AN FBI AGENT FOR 26 YEARS – THE LAST FIVE AS AN AGENT RESPONSIBLE FOR BACKGROUND CHECKS ON WHITE HOUSE STAFF.

GARY ALDRICH (raw bite at 13535 from Gary Aldridge stringout)

GARY ALDRICH:
…the FBI had conducted investigations of all of these men and had determined uh, that they were qualified to work in the White House, and that they were honest individuals.  I conducted some of those investigations…

GARY ALDRICH (raw bite at 13653 from Gary Aldridge stringout)

GARY ALDRICH:
Billy Dale, was humiliated and was accused of serious wrongdoing, to the degree that they conducted a Federal Grand Jury investigation and an indictment of him.

Music quick

BILL DALE: 10910
I had dedicated 32 years of my life to his job and served faithfully to democrats or republicans alike

GARY ALDRICH (raw bite at 13727 from Gary Aldridge stringout)

GARY ALDRICH:
the experience uh, was, was a major event in my career because it taught me that powerful politicians can misuse uh,

Notes from all screenings thru 18 Dec 3pm
AP notes from 11dec07 screening AP, DB, Frank Luntz
AP notes from 10dec07 screening AP, DB, MB, JTM, NW
FINAL NOTES 12/19

HRC – DRAFT 12/21/07
Page 14

**Alt angels?**

law enforcement authority, almost whimsically. #And because it was the First Lady ordering the investigation, well then, charges have to be found. That scared me. That was different from my experience in the FBI of twenty-six years. I thought, if we've reached the level where a politician can get irritated with somebody, and cause them, to maybe end up in federal p, prison, we've got a serious problem.

Music – moody

VO #14
THE WHITE HOUSE TRAVEL OFFICE AFFAIR BECAME KNOWN AS TRAVELGATE. WHEN DALE'S LEGAL BILLS TO DEFEND HIMSELF WERE ESTIMATED TO RUN AS MUCH AS 750,000 DOLLARS, HE CONSIDERED A PLEA DEAL – A FINE OF 69 THOUSAND DOLLARS AND A BRIEF JAIL SENTENCE.

B-ROLL Blanch and Billy on dock

BILLY DALE: 11018
Blanch and I had been married for 38 years at that time…and I decided that I would have to sell my home, could I ask her to give up everything that we had worked for?

MUSIC QUICK

VO #15
THE PLEA BARGAIN SEEMED JUST THAT, "A BARGAIN," IN ORDER TO SAVE HIMSELF AND HIS FAMILY FROM THE UNENDING ORDEAL. BUT, WHEN DALE WAS INFORMED HE WOULD NOT BE ABLE TO PROCLAIM HIS INNOCENCE, HE REALIZED HE COULDN'T BARGAIN WITH THE TRUTH.

Notes from all screenings thru 18 Dec 3pm
AP notes from 11dec07 screening AP, DB, Frank Luntz
AP notes from 10dec07 screening AP, DB, MB, JTM, NW
FINAL NOTES 12/19

HRC – DRAFT 12/21/07
Page 15

MUSIC QUICK

STILL IRS BUILDING

BILLY DALE 11045
in the meantime, during this year I got a uh, a notice from the IRS that I was being audited

VO #16 (bd6)
FOR THE NEXT 30 MONTHS DALE WAS INVESTIGATED. HIS SON AND DAUGHTER WERE ALSO SUBPOENAED.

BILLY DALE

BILLY DALE:        11330
I remember during my trial Vicky, my oldest daughter, telling her mother that if I was found guilty (cut down on crying a bit – goes on too long)
// 11451 that if I was found guilty and I had to go to jail for something that I did not do, that she didn't know if she could live in this country any longer.  When the, the government would be responsible for doing something like that to her father.

VO #17 (bd7)
WHEN THE CASE WENT TO TRIAL IN THE FALL OF 1995, A PROCESSION OF WHITE HOUSE JOURNALISTS VOLUNTEERED TO SERVE AS CHARACTER WITNESSES FOR DALE, INCLUDING BRIT HUME AND SAM DONALDSON. THE JURY NEEDED LESS THAN TWO HOURS TO REACH A VERDICT.

BILLY DALE
11558 and the jury came in and they found me not guilty on all counts.
11616 And I laid my head down on the desk in front of me and cried.

music

Notes from all screenings thru 18 Dec 3pm
AP notes from 11dec07 screening AP, DB, Frank Luntz
AP notes from 10dec07 screening AP, DB, MB, JTM, NW
FINAL NOTES 12/19

HRC – DRAFT 12/21/07
Page 16

VO #17A
ULTIMATELY, THE OFFICE OF THE
INDEPENDENT COUNSEL'S FINAL
REPORT ON THE TRAVEL OFFICE
FIRINGS FOUND THAT MRS.
CLINTON'S SWORN TESTIMONY
WAS FACTUALLY INNACURATE.

BILL DALE: 102Hillary Clinton was uh,
I guess more powerful as a First Lady
than any First Lady that had been in the
White House that I knew of.

BILL DALE: 101I have learned that she
was involved with it more than Bill was,
that Bill just wiped his hands of it and
just would let her handle it.

TONY BLANKLEY 14058 (Blankley
varicam timeline) that's an example of
the cynicism and ruthlessness of the
Clintons  -and at the time I think a lot of
people thought that Hillary had as much
to do with that as Bill did.

~~APnote~~
~~BURTON 11750~~
~~Billy Dale … and his family suffered~~
~~immeasurably…at the hands of the~~
~~Clinton Administration.~~

ANN COULTER
3842 what she did to the travel office I
mean in a way that is the most illustrative
scandal because it was such an evita
peron act of maliciousness toward these
ordinary people this guy running the
travel office all these years, I'm getting
them out and my rich Hollywood friends
in – it's not even the most illegal thing
they did but its the most contemptible
thing they did 3909*

Billy Dale last shot - alone                    MUSIC – LONG FADE
Notes from all screenings thru 18 Dec 3pm
AP notes from 11dec07 screening AP, DB, Frank Luntz
AP notes from 10dec07 screening AP, DB, MB, JTM, NW
FINAL NOTES 12/19

VO #18
BILLY DALE WASN'T THE ONLY
VICTIM OF WHAT SOME WOULD
ALLEGE TO BE HILLARY
CLINTON'S BRUTAL, AND
CORRUPT, POLITICAL MACHINE.

NOVAK

NOVAK
I would say the most important thing that
I would study is her conduct as first lady,
not as Senator.  Her lack of sensitivity to
civil liberties, of privacy, of using the
Internal Revenue Service, of her hostility
to opponents, of her hardness, her
meanness

NOVAK
The Clinton administration almost from
its first day started using the IRS as a
threat

COULTER

COULTER
I know a lot of tax lawyers and the odds of
someone like Paula Jones with her income
being audited by the IRS is like being
struck by lightning twice.

VO #18a
OTHERS WOULD CLAIM THAT
USING THE IRS TO HARASS
POLITICAL ENEMIES WAS A
CLINTON WHITE HOUSE
SPECIALTY – ONE REMINISCENT
OF THE STRONG ARM  OF
RICHARD NIXON.

TONY BLANKLEY
18:00
they're both very smart, very
politically ruthless, very hardworking,
great work habits, some of them not
complimentary, very cynical, willing
to do things that are beyond the pale

Notes from all screenings thru 18 Dec 3pm
AP notes from 11dec07 screening AP, DB, Frank Luntz
AP notes from 10dec07 screening AP, DB, MB, JTM, NW
FINAL NOTES 12/19

of proper conduct.

VO #20
'PROPER CONDUCT' WOULD NOT
INCLUDE USING PRIVATE
INVESTIGATORS TO INTIMIDATE.
THOSE ALLEGATIONS COME FROM
SEVERAL WOMEN INVOLVED
WITH BILL CLINTON – INCLUDING
GENNIFER FLOWERS, ELIZABETH
WARD GRACEN, PAULA JONES,
AND…KATHLEEN WILLEY.

Former Clinton white house volunteer

KATHLEEN WILLEY(30006 willey
timeline)
The scare tactics, being followed, and
being audited by the IRS, their homes
broken into, I mean, where does it end?

VO #21
CLINTON SUPPORTER AND
CAMPAIGN WORKER, KATHLEEN
WILLEY WAS A WHITE HOUSE
VOLUNTEER WHO ALLEGES THAT
PRESIDENT CLINTON SEXUALLY
ASSAULTED HER DURING A
MEETING IN THE PRIVATE STUDY
OFF THE OVAL OFFICE IN
NOVEMBER OF 1993.

KATHLEEN WILLEY 20553 from
willey stringout)
I kept thinking to myself, what in the hell
is he doing?  That was what I kept
thinking and it sounds silly at the time
but I was getting embarrassed for him.
This is just not proper

Brief beat/music

KATHLEEN WILLEY
You have to remember this was at the
time when there was a lot of speculation
about his womanizing and I was the loyal

Notes from all screenings thru 18 Dec 3pm
AP notes from 11dec07 screening AP, DB, Frank Luntz
AP notes from 10dec07 screening AP, DB, MB, JTM, NW
FINAL NOTES 12/19

democrat and I would not allow myself to believe that was true, I just, I just thought it was all just rumor.

VO #22
WILLEY BELIEVES THAT HILLARY CLINTON WAS WELL AWARE OF THE TACTICS USED BY THE CLINTON WHITEHOUSE TO INTIMIDATE PERCEIVED ENEMIES. WILLEY SAYS TWO DAYS BEFORE SHE WAS TO TESTIFY AGAINST PRESIDENT CLINTON IN THE PAULA JONES SEXUAL HARASSMENT CASE, A STRANGER CONFRONTED HER.

KATHLEEN WILLEY:      13056
 and he stopped and he said "Hey Kathleen, did you ever find your cat?" // // and then he said rather ominously "yeah, that bulls eye was a really nice cat" //that's when I thought, the hair standing up in the back of my neck and that is when I thought that something else was going on here

KATHLEEN WILLEY: 13244
and he kind of stepped back// he stood back and he said "you're just not getting the message are you?"

Retrack and for however

VO #22A
THE CLINTON ATTACK MACHINE IMMEDIATELY TARGETED WILLEY. ~~HOWEVER,~~ AND THERE ARE CORROBORATING WITNESSES.

VO #23
JARED STERN, A FORMER MARINE, LATER TOLD CONGRESSIONAL INVESTIGATORS HE WAS HIRED TO INVESTIGATE KATHLEEN WILLEY DURING A CLANDESTINE

Notes from all screenings thru 18 Dec 3pm
AP notes from 11dec07 screening AP, DB, Frank Luntz
AP notes from 10dec07 screening AP, DB, MB, JTM, NW
FINAL NOTES 12/19

NIGHTTIME MEETING.

JARED STERN:
It was late at night.  He called me, asked
me to meet him here in this parking
garage.  I met him. He said he had
something very important to discuss.
Talked to him about it, discussed the
tasking.  And then I left to carry it out.

VO#24
STERN DECLINES TO DISCUSS
WHAT HE WAS HIRED TO DO. BUT
STERN HAS ADMITTED HE WAS SO
UNEASY ABOUT IT THAT HE
CALLED WILLEY, USING AN ALIAS.
~~AND TOLD HER SHE WAS IN
DANGER.~~

JARED STERN (20758 big pic 006)
I made a telephone call to Miss Willey. I
left a message on her answering service
indicating I would try again the next day.

KATHLEEN WILLEY 23018
~~H~~and he'd he left a message for me saying
that, telling me to…be careful that were
people out to get me.

KATHLEEN WILLEY 20814 (big pic
006)
Jared Stern is a first hand witness to what
the Clintons have done and are doing to
these women.

JARED STERN 12834
The Clintons are a unit. They share a zeal
for power and a willingness to engage in
any and all threat neutralizing strategies,
legality be damned.

JARED STERN 20913 big pic 006
No one will ever say that what happened
to Kathleen Willy was an anomaly. That
M.O. can be seen throughout Clinton's

Notes from all screenings thru 18 Dec 3pm
AP notes from 11dec07 screening AP, DB, Frank Luntz
AP notes from 10dec07 screening AP, DB, MB, JTM, NW
FINAL NOTES 12/19

political lives. It is consistent.

VO #25
WILLEY SAYS HER CAR WAS
VANDALIZED, HER HOUSE
BROKEN INTO, AND A CAT'S
SKULL WAS LEFT ON HER PORCH.
TODAY, SHE STILLS LIVES IN
FEAR.

KATHLEEN WILLEY 32714
I don't understand how any woman in this
country who could vote for a woman who
does that to other people, who sets out to
destroy and ruin these women who have
crossed paths with Bill Clinton.

KATHLEEN WILLEY 32104
They're power hungry.  They stop at
nothing, they stop at nothing

WILLEY FINAL B ROLL FADE OUT/

FADE UP

DICK MORRIS (BIG TIMELINE
20618)
I finally parted company with Hillary
Clinton when I saw how she was using
private detectives to investigate the
women who were linked to her husband.
Not to change him, not to reform him, not
to make him a better person.  But to cow
the women into silence so that he could
get elected president.  I do not want that
woman controlling the IRS or the DEA
or the NSA or the FBI or the CIA.  Not in
a democracy, I don't.

ANN COULTER
42 I mean think of what it says about
Hillary Clinton that she was willing to
put up with his  open philandering, with
anything in a skirt who  wanders before
his eyesight – all for the power - at least
with Bill Clinton he was just good time
Charlie. Hillary's got an  agenda and

Notes from all screenings thru 18 Dec 3pm
AP notes from 11dec07 screening AP, DB, Frank Luntz
AP notes from 10dec07 screening AP, DB, MB, JTM, NW
FINAL NOTES 12/19

she's willing to put up with that to be
president of the united states, she's got a
to do list when she gets to the white
house 108

VO #26
HILLARY CLINTON'S
MACHIAVELLIAN BEHAVIOR –
HER TENDENCY TO MANIPULATE,
DECEIVE AND DESTROY FOR
PERSONAL GAIN IS NOTHING NEW.
THIS WOMAN, NOW A HERO TO
FEMINISTS, GAINED MUCH OF HER
POWER DURING THE  CLINTON
PRESIDENCY FROM HER ABILITY
TO DEAL WITH HER HUSBAND'S
SO CALLED 'BIMBO ERUPTIONS.'
INFIDELITIES.

DICK MORRIS
Bill was always heavily involved in the
policies of his administration.  But he left
chasing down his women and silencing
them, pursuing the scandals and lying
about them, escaping culpability for any
of things in their passed to Hilary.  She
was his Nixon.  She was his evil
equivalence.  She was the one who made
sure that nothing got to him uh, because
she was so good at it.  And she was.

Chapter 2

VO #27
HILLARY'S MASTERY OF THE
BLACK ARTS OF ATTACK POLITICS
IS OFTEN SKILLFULLY CLOAKED
IN LAYERS OF DENIABILITY. BUT
WHEN SHE NEEDS MONEY, AS ALL
CANDIDATES DO, HER
RECKLESSNESS IMPRUDENCE
BEWILDERS EVEN HER MOST
LOYAL SUPPORTERS.

Notes from all screenings thru 18 Dec 3pm
AP notes from 11dec07 screening AP, DB, Frank Luntz
AP notes from 10dec07 screening AP, DB, MB, JTM, NW
FINAL NOTES 12/19

HRC – DRAFT 12/21/07
Page 23

VO #28 (OLD p1a)
THE PATTERN IS A FAMILIAR ONE.
HUGE AMOUNTS OF MONEY ARE
RAISED FROM POLITICAL
INSIDERS, LOBBYISTS, AND
SPECIAL INTEREST GROUPS. AND
QUESTIONS FOLLOW. IN THE
SUMMER OF 2007, HILLARY WAS
FORCED TO RETURN NEARLY
900,000 DOLLARS FROM
FUNDRAISER NORMAN HSU, WHO
IS NOW UNDER INDICTMENT FOR
RUNNING A PONZI SCHEME.
DURING THE WHITE HOUSE
YEARS, IT WAS THE DIRTY MONEY
OF A CAST OF CHARACTERS THAT
INCLUDED JOHNNY CHUNG AND
CHARLIE TRIE – BOTH CONVICTED
OF ILLEGAL CAMPAIGN
FUNDRAISING.

DAN BURTON
… it was Johnny Chung …that said, uh,
"The White House was like a subway
turnstile, you put the money in and you
got in."

JOHN FUND
And his tokens were very large of course.
There's evidence that he collected money
from a Chinese intelligence officer …
trying to influence our elections to gain
access to decision making powers in the
United States so they would bend U.S.
policy toward China…The campaign
finance scandals were so extensive 120
people either fled the country to avoid
being interrogated by investigators, plead
the Fifth Amendment or otherwise
avoided questions.  Fourteen guilty pleas
came out of that.

MARK LEVIN
740 This is really stunning, and it's
stunning to me how the media will give

Notes from all screenings thru 18 Dec 3pm
AP notes from 11dec07 screening AP, DB, Frank Luntz
AP notes from 10dec07 screening AP, DB, MB, JTM, NW
FINAL NOTES 12/19

HRC – DRAFT 12/21/07
Page 24

her a pass, the media pretends none of
these things happened – and they accept
the Hillary operatives line, that's old
new, everyone knows about it, let's move
on. Let's move on? Now they're
laundering money thru Chinese
dishwashers in Chinatown in New York

MICHAEL BARONE
I'm a little surprised that someone in the
campaign didn't flag that down and say,
ah 'dishwashers?' – maximum
contributions or  1000 dollars? Let's look
into that a little bit. The Los Angeles
times looked into that and found they
couldn't find something like  third of
these contributors and they found others
who said they had no idea that they had
made these contributions. It looks like a
clear case that somebody committed
campaign –( ah ah – clean this up)
fundraising law violations and that the
Clinton campaign did not do due
diligence to track that down

VO #29 (p2)
ONE CASE IN PARTICULAR
HIGHLIGHTS HILLARY'S
HYPOCRISY AND STARTLING
RECKLESSNESS WHEN IT COMES
TO RAISING ILLEGAL CAMPAIGN
CONTRIBUTIONS. THOUGH MOST
OF THE NEWS MEDIA HAS
IGNORED IT, HILLARY WAS
DIRECTLY INVOLVED IN WHAT
HAS BEEN CALLED THE BIGGEST
~~ELECTION LAW~~ CAMPAIGN
FINANCE FRAUD IN THE HISTORY
OF THE UNITED STATES.

VO 29A
IT IS A STORY WITH ALL THE
ELEMENTS  OF A BESTSELLER:
CASH, CONS, AND HOLLYWOOD
STARS. AND IT WAS ALL  CAUGHT

Notes from all screenings thru 18 Dec 3pm
AP notes from 11dec07 screening AP, DB, Frank Luntz
AP notes from 10dec07 screening AP, DB, MB, JTM, NW
FINAL NOTES 12/19

HRC – DRAFT 12/21/07
Page 25

ON TAPE.

MUSIC QUICK

VO #30 (p3)
FEW BUSINESSMEN HAVE SEEN
THE CAREER HEIGHTS, AND
DEPTHS OF PETER F. PAUL.

PETER PAUL
I've been fortunate to spend time with
some of the world's most celebrated
figures of the twentieth century.  And one
my idols was Salvador Dali.  He was an
extraordinary human being who lived life
on his terms, he had a creativity that was
unmatched.  And he had a big influence
on the way that I directed my life.

Need Dali

VO #31 (p4)
IN THE EARLY 1980'S PAUL, A
MIAMI LAWYER PAUL WITH A
PAST CRIMINAL RECORD
INCLUDING CONVICTIONS FOR
COCAINE POSSESSION AND
FRAUD, HEADED TO HOLLYWOOD
FOR A FRESH START AS A
PROMOTER AND PRODUCER.

PETER PAUL
After doing various projects in
Hollywood I decided after meeting a
fellow who is an out of work model that
that there was an opportunity for me to
prove that I could cultivate a media icon,
♯
And within eighteen months I had him on
the cover of People Magazine.  And
ultimately it led to my first meeting with
the Clintons, with Hillary Clinton
actually.

Tonken  b roll – HC-079

VO #33 (p6)
IN FEBRUARY OF 2000, PETER
PAUL MET WITH HOLLYWOOD

Notes from all screenings thru 18 Dec 3pm
AP notes from 11dec07 screening AP, DB, Frank Luntz
AP notes from 10dec07 screening AP, DB, MB, JTM, NW
FINAL NOTES 12/19

HRC – DRAFT 12/21/07
Page 26

CHARITY FUNDRAISER AARON
TONKEN. TONKEN WAS A
CELEBRITY OBSESSED CON MAN
WHO, IN JUST A FEW YEARS, WENT
FROM BEING HOMELESS TO ONE
THE CLINTON'S TOP MONEY
CONTACTS IN HOLLYWOOD. LIKE
MORE THAN A FEW CLINTON
ASSOCIATES FROM THE PAST,
TONKEN ENDED UP IN FEDERAL
PRISON FOR UNRELATED
FUNDRAISING SCAMS.

AARON TONKEN (APPROX 910 IN)
it was, in reality, it was a growing, new
relationship.  And if I hadn't gotten in
trouble, it would have gotten stronger and
stronger.  I don't know where it ultimately
would lead, but I suppose not in a good
place, because all the people that I met
around them, that I dealt with at different
events, have all gone to prison. (10:00)
And these are very close people, mainly to
the President.

**CLEAN UP AUDIO**

VO #33A
THROUGH TONKIN'S
CONNECTIONS TO THE CLINTONS
CAME AN INTERESTING OFFER: IN
EXCHANGE FOR DONATIONS TO
HILLARY'S 2000 SENATE
CAMPAIGN, PAUL WOULD GAIN
ACCESS TO BILL CLINTON FOR
BUSINESS OPPORTUNITIES ONCE
CLINTON LEFT THE WHITE HOUSE.

PETER PAUL
I had become a very close friend of the
creator of Spiderman, Stan Lee.  And we
had started a company together in late
1998…I embarked on this effort to try to
hire Bill Clinton when he left the White
House as a rainmaker for the company,
Stan Lee Media. we had a luncheon at

**ADD NATS/MUSIC**

Notes from all screenings thru 18 Dec 3pm
AP notes from 11dec07 screening AP, DB, Frank Luntz
AP notes from 10dec07 screening AP, DB, MB, JTM, NW
FINAL NOTES 12/19

Spagos for twelve people that who were influential in the community…And we also raised some money for Hillary.

~~HRC:  Don't tell everything.~~

PAUL:  I indicated that my plans were to hire Bill when he left the White House. She responded by saying that she would help if I became a major supporter of her campaign.

VO #34  (p7)
IN JUNE OF 2000, PAUL AGREED TO FINANCE WHAT WOULD BE THE LARGEST AND MOST LAVISH POLITICAL FUNDRAISER EVER STAGED IN HOLLYWOOD.

PETER PAUL
I came up with a name for the event as the Hollywood Gala Salute to President Clinton.  And it consisted of a concert, a dinner and a reception.

PETER PAUL
in my office on July 17th, I got a phone call from Hillary Clinton

VO #35  (p8)
PAUL, WHO HAD A HABIT OF VIDEOTAPING MANY OF HIS ENCOUNTERS WITH HOLLYWOOD OR DC POWER PLAYERS – SAYS THIS TAPE IS EVIDENCE OF TWO CRIMINAL OFFENSES COMMITTED BY SEN. HILLARY CLINTON. THE TAPE SEEMS TO INDICATE CLINTON'S PARTICIPATION IN THE PLANNING OF THE EVENT - VIOLATING FEDERAL ELECTION STATUTES.

HRC CALL

(PHONE CALL FROM HRC…
I think that, Whatever it is your doing  -

Notes from all screenings thru 18 Dec 3pm
AP notes from 11dec07 screening AP, DB, Frank Luntz
AP notes from 10dec07 screening AP, DB, MB, JTM, NW
FINAL NOTES 12/19

**SUBTITLE HRC? IN MOTION**

is  it ok that I thank you?
PAUL
I think it's tremendous. We're having a
good time trying to help out
HRC
Well I'm very  appreciative.  it sounds
fabulous. I got a full report from Kelly
(today)

VO#35A
WHEN HILLARY SAYS SHE'S NOT
SURE ABOUT WHAT SHE CAN SAY
OR NOT SAY, IS SHE ADMITTING
THAT HER INPUT ON THE EVENT
COULD BE ILLEGAL?

AS PER DAVE REPLAY HRC LINE
FROM ABOVE

HRC
I think that, Whatever it is your doing  -
is  it ok that I thank you?

PETER PAUL
Hillary Clinton refers to Kelly.  Kelly is
Kelly Craighead, Hillary's senior staff
assistant at the White House
Hillary's confirmation that she had been
fully briefed on my progress
And that she would be involved on a
personal basis whenever needed…
committing a ~~felony~~ violation of the
Federal Election Law.

(HRC PHONE CALL continues..)
you know I talked with Cher and she was
just great. And I hand't talked to her so
you really did a great job selling it to her.

PAUL –
And her reference to Cher being induced
to contribute her singing services…all of
them colluded to hide this from every
investigation

**CHECK WITH JT FOR LARGER
AMOUNTS ON CHECKS**

PETER PAUL
All of the expenses that I paid for
entertainment and costs of various

Notes from all screenings thru 18 Dec 3pm
AP notes from 11dec07 screening AP, DB, Frank Luntz
AP notes from 10dec07 screening AP, DB, MB, JTM, NW
FINAL NOTES 12/19

fundraisers for Hillary were never legally reported under the federal law if a candidate or her agent is involved in soliciting or coordinating a contribution from a donor that contribution must be considered to be made to that candidate's campaign.

I wasn't aware of those laws.  But what I discovered was because Hillary was involved directly personally and indirectly through her agent, Kelly Craighead in conceiving the event, in soliciting the money to pay for the event and then coordinating the expenditures for the event clearly the two of them…were violating federal law

Nat sound
Ladies and gentlemen, the chairman of Stan Lee media, Stan Lee – I just want to welcome you all to the Hollywood salute of WJC

PETER PAUL
It was the biggest event ever produced in Hollywood for a president. Mohammad Ali, John Travolta, Brad Pitt, Shirley MacLaine, the Steenburgens, Gregory Peck, -Cher, Diana Ross, Patty LaBelle, Toni Braxton, Melissa Ethridge, Sugar Ray, Michael Bolton, Paul Anka over a hundred stars and … the entire leadership of the democratic party was there, … a magical evening.

==CHECK RE MUSIC CLEARANCE==    Music –

CHANGE BACK TO ORIGINAL VO    VO #37 (p10)
BUT JUST TWO DAYS LATER - THE MAGIC WAS GONE.

Music – then echo out –

PETER PAUL

Notes from all screenings thru 18 Dec 3pm
AP notes from 11dec07 screening AP, DB, Frank Luntz
AP notes from 10dec07 screening AP, DB, MB, JTM, NW
FINAL NOTES 12/19

The Monday after the event …… I got a phone call from Ed Rendell telling me that the Washington Post was asking questions …… and that the position that Hillary Clinton would take was that she hardly knew me and that I didn't give any money and that if I was smart in order to maintain my deal that I would go along with that.

LOSE THE THUMBPRINT IN PHOTOSHOP OR CHOOSE A NEW STILL

VO #38  (p11)
THE WASHINGTON POST'S BOMBSHELL QUESTIONED HILLARY'S DECISION  TO ASSOCIATE WITH PAUL, GIVEN HIS CRIMINAL PAST.  THE CLINTON CAMP IMPLIED THEY WEREN'T AWARE IT.

PETER PAUL
I had been vetted six times, my house had been prepared for a presidential sleepover the president allowed me to put my name on 25,000 invitations…It's impossible to think that …… they didn't know that I had federal convictions which anybody that uses the internet can find within four clicks.

SUBTITLE THIS

AARON TONKEN
Peter Paul was basically paying for the entire event, and he was held at arm's length.  He wasn't invited to the White House.// And they did not really want to interact with him. And it never really dawned on me, because I really didn't understand those part of politics, how it works, that they do a vetting process.

NEW VO

VO #39 (v12)
~~MORE~~ AMAZINGLY ~~STILL~~, THE CLINTON'S CONTINUED TO SOLICIT MONEY FROM PAUL, EVEN AFTER PUBLICLY DISTANCING THEMSELVES FROM

Notes from all screenings thru 18 Dec 3pm
AP notes from 11dec07 screening AP, DB, Frank Luntz
AP notes from 10dec07 screening AP, DB, MB, JTM, NW
FINAL NOTES 12/19

| | THEIR NEWFOUND FRIEND. |
|---|---|
| FOOTAGE TIGHT on FAX coming out of fax machine DATE August 24, 2000 featured HC for Senate LOGO featured | SFX FAX MACHINE connection tones. |

**REDEACT THESE NUMBERS**

PETER PAUL
On August 24th a fax was sent to my office, on Hillary's letterhead, the Hillary Clinton for Senate letterhead, by her finance director, David Rosen, asking me to transfer 100,000 dollars in stock

And here you have a smoking gun document, which is on her letterhead faxed to my comptroller, with the wiring instructions to send 100,000 dollars worth of stock

…that's illegal

Add some music or a breath here

PETER PAUL
when I became Hillary's biggest donor, no one made any reference to concerns about my credibility, my truthfulness or my ability to honestly do business.

Hillary has no problems with me as long as I'm writing checks.

VO #40 (v13)
FROM THERE - THE PAUL CASE TAKES TWISTS AND TURNS NO SCREENWRITER COULD IMAGINE. STAN LEE MEDIA COLLAPSES. PAUL IS INDICTED ON TWO FELONIES IN CONNECTION WITH TRADING OF STAN LEE MEDIA STOCK.  HE'S ARRESTED IN BRAZIL BY INTERPOL, AND LANGUISHES 2 AND A HALF YEARS IN A BRAZILIAN HELLHOLE OF A PRISON AWAITING

Notes from all screenings thru 18 Dec 3pm
AP notes from 11dec07 screening AP, DB, Frank Luntz
AP notes from 10dec07 screening AP, DB, MB, JTM, NW
FINAL NOTES 12/19

EXTRADITION.

PETER PAUL
she's never called me liar and she's never
said that my allegations are false.

What she has sworn to is that she can't
remember some conversations that we had
in detail.

PETER PAUL
I'm not asking anybody to like me or to
trust me or even to believe me.  I'm
asking people to look at the record that is
undisputed and to come to their own
conclusions regarding the suitability of
Hillary Clinton to acquire the highest
office in this county

INTERCUT RAY on computer AND Peter
PETER
COMPUTER reacting

PETER
COMPUTER reacting

POLYGRAPHER:  June 9, 2000, did you
discuss with Hillary Clinton supporting
her campaign in exchange for President
Clinton helping you in your business
concerns?

PAUL: Yes

POLYGRAPHER:  Did Hillary Clinton
pledge President Clinton's support for
your business interest?

PAUL: Yes.

POLYGRAPHER:  August 13, 2000 at
Barbara Streisand's home, did you talk
with Hillary Clinton about supporting her
campaign provided President Clinton help
you with your business interest?

PAUL: Yes.

POLYGRAPHER:  I've been analyzing
polygraphs since 1995.  I attended the
Department of Defense Polygraph
Institute. … I would say Mr. Paul has
been truthful in his answering the

Notes from all screenings thru 18 Dec 3pm
AP notes from 11dec07 screening AP, DB, Frank Luntz
AP notes from 10dec07 screening AP, DB, MB, JTM, NW
FINAL NOTES 12/19

|  |  |
|---|---|
|  | questions concerning the issues administered in the polygraph. |
| EVENT RECAP CLIPS | MUSIC QUICK |
|  | DICK MORRIS<br>It was the most lavish affair of all.  But her campaign said that it cost four hundred thousand, not 1.1 million, so that they could use the other seven-hundred-thousand for the campaign, and use it to buy advertisements. // |
| Need to see Hillary |  |
|  | Now the question is: did Hilary know it was a mistake?  Of course she did. //Number one, she was there, and she knew it couldn't have only cost four hundred.  Number two, she frequently urged Peter Paul to hold down the expenditures for it. //Number three, after the forms were filed with the FAC Peter Paul told her they were inaccurate and Hilary continued to file inaccurate forms.// |
|  | And finally the FAC investigated it and concluded it did cost 1.1 million |
|  | ADD HILLARY UP SOUND, "I WANT TO THANK STAN LEE, PETER PAUL…AND AARON TANKEN FOR THEIR LEADERSHIP ON THIS |
|  | VO #41 (v14)<br>THE CLINTON CAMPAIGN ULTIMATELY PAID $35,000 IN FINES FOR HAVING UNDERREPORTED THE COST OF THE GALA.  AARON TONKEN SAYS BOTH SENATOR CLINTON AND HER FINANCE DIRECTOR DAVID ROSEN KNEW OF HIS ILLEGAL FINANCING SCHEMES – INCLUDING HOW HE REIMBURSED CELEBRITIES WHO DONATED TO |

Notes from all screenings thru 18 Dec 3pm
AP notes from 11dec07 screening AP, DB, Frank Luntz
AP notes from 10dec07 screening AP, DB, MB, JTM, NW
FINAL NOTES 12/19

HILLARY'S SENATE CAMPAIGN.

PAGE 56 OF TRANSCRIPT
<mark>CLEAN UP AUDIO
ADD SUBTITLES</mark>

MR. TONKEN:

they wrote a check where I told them to write it, The Senate 2000 and the invitation they received, and then I reimbursed them either $1,000 or $2,000, depending if one or two people came.
//
AARON TONKEN:
I told David Rosen. He just didn't want to know (62:00). //and he just said, "Don't tell me anything like that." (weak) And I told the FBI.

VO #41-1
IS IT POSSIBLE THAT THE SENATOR FROM NEW YORK AND FORMER FIRST LADY; THE MOST EXPERIENCED ~~AND QUALIFIED~~ OF ALL THE CANDIDATES, WAS COMPLETELY UNAWARE OF HER FINANCE DIRECTOR'S DEALINGS?

VO #41A
PETER PAUL AWAITS SENTENCING FOR SECURITIES FRAUD. HE VOWS TO SPEND THE REST OF HIS LIFE TRYING TO EXPOSE WHAT HE CHARACTERIZES AS HILLARY'S CHRONIC PATTERN OF CORRUPTION.

<mark>FIND BLIZZARD HEADLINE</mark>

PETER PAUL
Well, I think that, like, William Safire said in the New York Times, Hillary is a congenital liar. //even David Geffen who was a supporter of hers commented on her facility with lying

PETER PAUL
if she can do this as publicly and in such a gross and unvarnished way, then imagine if she got additional power in the White House and what she would do with

Notes from all screenings thru 18 Dec 3pm
AP notes from 11dec07 screening AP, DB, Frank Luntz
AP notes from 10dec07 screening AP, DB, MB, JTM, NW
FINAL NOTES 12/19

that

PETER PAUL
I can't think of any other politician in
history who has shown such a disrespect
and a contempt for the Constitution and
the rule of law as Hillary. And I
represented Richard Nixon's best friend
and I knew Richard Nixon. And I'll tell
you something. She's no Richard Nixon.
She's worse.

Music fade

VIGNETTE FLATS BEHIND TYRRELL

BOB TYRELL
One of her great claims, throughout the
90's and in her career as a senator – is
she'll say 'oh this is old news'.' //Well
it's old news because the Clinton's are
repeat offenders. They've been doing
these things going right back to the
1980's

MOVE THIS

BARACK OBAMA CLIP
"Sen. Clinton is claiming basically the
entire eight years of the Clinton
presidency as her own, except for the
stuff that didn't work out, in which case
she says she has nothing to do with it,"

MARK LEVIN
As a senator Hillary Clinton has basically
done nothing of note. She's not been a
leader in national security. She has not
been a leader on economic issues. She's
not been a leader on anything.

VO #44
IS HILLARY REALLY THE MOST
QUALIFIED TO HIT THE GROUND
RUNNING IF ELECTED PRESIDENT?
AFTER ALL, SHE WAS FIRST LADY
FOR 8 YEARS AND NOW A
SENATOR FROM NEW YORK.
REFERRING TO HER OPPONENTS

Notes from all screenings thru 18 Dec 3pm
AP notes from 11dec07 screening AP, DB, Frank Luntz
AP notes from 10dec07 screening AP, DB, MB, JTM, NW
FINAL NOTES 12/19

SHE'S SAID, QUOTE, "THERE IS
ONE JOB WE CAN'T AFFORD ON-
THE-JOB TRAINING FOR: THAT IS
THE JOB OF OUR NEXT
PRESIDENT."

DICK MORRIS
Hillary says we should elect her president
because of her tremendous
accomplishments in the United States
Senate.  Well, she's passed roughly
twenty bills.  Let me tell you what some
of them were.  To commemorate the
225th anniversary of the American
Revolution.  To express our appreciation
to Alexander Hamilton.  To name the
Thurgood Marshall courthouse in lower
Manhattan.  To honor the men's and the
women's lacrosse high school team from
Syracuse High School.  To express the
sense of Congress that Harriet Tubman,
who died over a hundred years ago,
should have received a federal pension.

DICK MORRIS
But is that the legislative gravitas and
qualifications enough to elect her
president of the united states?  Is she
kidding?

VO #45
DURING HER SENATE CAMPAIGN
HILLARY PROMISED TO CREATE
200,000 JOBS – LARGELY TO
BENEFIT ECONOMICALLY
DEPRESSED UPSTATE NEW YORK.

Nat sound or music– Marshall walks
down stalls to cam in slo mo, or milking
cows or working

B roll part of this                MARSHALL BROWN:  12208
                                   (I'm )Marshall Brown, I own G&B

Notes from all screenings thru 18 Dec 3pm
AP notes from 11dec07 screening AP, DB, Frank Luntz
AP notes from 10dec07 screening AP, DB, MB, JTM, NW
FINAL NOTES 12/19

HRC – DRAFT 12/21/07
Page 37

Farms.  I've been in business for twenty years on my own.  I grew up here on the farm with my father and then we sold out in 1985 and I started it back up in 1987.  I work alone here; I have fifty holstein cows that I milk plus heifers. //

MR. BROWN:  I've milked cows every day of my life for twenty years!

Nat sound – marshall working

MARSHALL BROWN:  12501
Agriculture is New York State's largest industry.  I don't know if Hillary was told that when she got off the plane or not.  Dairy farming is the largest segment of that.

Nat sound – marshall working montage
Milk machines, milk into containers etc

MARSHALL BROWN:
Three years ago, Hillary Clinton came to Oswego County.  She said she had a plan for the dairy industry.  Like all her plans, she never gives any specifics but it's going to make everything all wonderful for us.  Two years after she gave her I got a plan speech the price of milk dropped to the same level it was in 1979 and I'm losing my ass.

Nats quick marshall working

GEORGE MARLIN
Senator Clinton's promise of 200,000 jobs for Upstate New York was one of the most irresponsible statements she ever made because (a) it proved to me that she had no clue of what was wrong with Upstate New York and (b) there's no way the federal government can deliver that.

Notes from all screenings thru 18 Dec 3pm
AP notes from 11dec07 screening AP, DB, Frank Luntz
AP notes from 10dec07 screening AP, DB, MB, JTM, NW
FINAL NOTES 12/19

LARRY KUDLOW –
should she have made the promise, oh
sure, that's what politicians do.  That's
what God put them on the earth to do, is
make promises they can't keep.

LARRY KUDLOW –
I don't fault her for making the promise
[04:00].  I fault her for making bad votes
in the senate against the very tax cuts that
would have helped the State of New
York.

Vignette this

NEWT GINGRICH
the Bush tax cuts were the only hope
Upstate New York had of competing and
if New York State wasn't so burdened by
heavy taxes, heavy unionism, heavy
regulatory red tape, Upstate New York
would be doing dramatically better.

HRC CLIP
I do have a plan …I have an economic
plan for upstate new york etc

NEW VO

VO #46
BETWEEN 2000 AND 2006 OVER
ONE MILLION NEW YORKERS
MOVED OUT OF THE STATE FOR
ECONOMIC OR FINANCIAL
REASONS. TODAY, IN THE
UPSTATE TOWN OF CLINTON, NEW
YORK, MANY OF HILLARY'S
CONSTITUENTS AREN'T PLEASED
WITH THEIR SENATOR.

MS. DELVENA ROGERS:
Well, we certainly would like more
support from her in this area.  I think
every business would like to see more
economic support.

MR. PARKER:

Notes from all screenings thru 18 Dec 3pm
AP notes from 11dec07 screening AP, DB, Frank Luntz
AP notes from 10dec07 screening AP, DB, MB, JTM, NW
FINAL NOTES 12/19

I think that she's just a typical politician; whatever the survey shows she should be doing, she's doing.

MR. LUBERGER:  10942
She tends to spend most of her time down state.  That's where the votes are primarily.  And sometimes we feel forgotten up here.

NATS QUICK FARMER BROWN B ROLL

MARSHALL BROWN
She cares more about her consumers, her food stamps, her welfare programs than she does the American farmer that's producing the food.  When the American farmer is eligible for food stamps, there's a problem.  Which I am.

VO #47
AS A PRESIDENTIAL CANDIDATE, HILLARY HAS MADE OTHER PROMISES THAT MAY ALSO PROVE DIFFICULT TO KEEP.

Clip? NEED A NEWS CLIP HERE – HILLARY MAKING A HEALTH CARE PROMISE
HRC "will not create one new government department, etc. etc."

VO #48
HER SWEEPING HEALTH CARE REFORM PROPOSAL COMES WITH A PRICE TAG OF NEARLY $110 BILLION PER YEAR.

ANN COULTER
2823 ann is going to pay more, you ae going to pay more, people with jobs are going to pay more, that's why she's so popular with women with needs – but not so much so women with jobs

Notes from all screenings thru 18 Dec 3pm
AP notes from 11dec07 screening AP, DB, Frank Luntz
AP notes from 10dec07 screening AP, DB, MB, JTM, NW
FINAL NOTES 12/19

VO #48A
HILLARY'S FIRST EFFORT TO
SOCIALIZE HEALTH CARE CAME IN
1993 DURING HER HUSBAND'S
FIRST TERM. WIDELY PERCEIVED
AS A DISASTER, MANY SAY IT
PROVOKED THE REPUBLICAN
REVOLUTION.

Move this here and add to top
HEALTH CARE CUT NEEDS
CONFORMING

NEWT GINGRICH -
I mean, certainly you have to ask whether
or not she's learned a lot from that
experience.    It was a failure.  She knows
it was a failure.  It was a very
embarrassing failure for her.

DICK ARMEY
ARMEY - Where have you seen the
government make anything more
efficient and less costly… and more
effective by its presence?  Where have
you seen that, in what area?

Need to transcribe

HRC
You know, as we remember, back in '93
and '94 we tried to come forward with a
plan. We weren't successful…I still have
the scars to show from that


HRC
I have the scars to show for that
experience.

LARRY KUDLOW
The effort to kill Hillary-Care was really
good, common American sense.
Americans know a bad fish when they
smelled one.

DICK ARMEY
Everything Hillary wants for America is

Notes from all screenings thru 18 Dec 3pm
AP notes from 11dec07 screening AP, DB, Frank Luntz
AP notes from 10dec07 screening AP, DB, MB, JTM, NW
FINAL NOTES 12/19

what Canada does for all of it's people,
any one of whom that has five extra
bucks in their pocket, comes across the
border to the United States for health care
services.

TONY BLANKELY 10441
I think I think it's worth remembering,
after her health care fiasco, the Clinton
team put her to the side.  They gave her
ceremonial duties thereafter.  She was
more like a Pat Nixon than she was like
an Eleanor Roosevelt from mid-'94
onward, because Bill Clinton's
professionals recognized she made a hash
of the one big policy she had been given.

DICK MORRIS OPTION
 She was essentially out of the White
House in '95, '96 ~~and '97~~.  I know, 'cause
I was there most of that time.
~~#~~She was visiting China, she went to
seventy foreign countries, she wrote a
best-selling book, did book signings.
Then when the Lewinsky scandal broke,
she came back to Washington and in '98
and '99 led the effort to keep her
husband in office and in '99 and 2000
spent her time running for the Senate in
New York.


New music

HRC B ROLL – walking, with  constituents
etc


VO#49
MANY AMERICANS BELIEVE OUR
HEALTH CARE SYSTEM NEEDS
IMPROVEMENT. BUT WHAT IS
HILLARY'S ~~BELIEVES THE ONLY~~
SOLUTION? ~~IS BIGGER~~
~~GOVERNMENT…MUCH BIGGER~~.

Notes from all screenings thru 18 Dec 3pm
AP notes from 11dec07 screening AP, DB, Frank Luntz
AP notes from 10dec07 screening AP, DB, MB, JTM, NW
FINAL NOTES 12/19

DICK MORRIS15736
Hillary is the closest thing we have in America to a European socialist.  She favors a vast expansion of the role of government in areas of health care and education//15730 And she wants to increase taxes to do it.// 15733 from thirty-three percent, as it is now, up into the mid-forties and high forties, as it is in France and Germany.

ALSO HAVE SIMILAR SOUND BITE FROM JZ'S CD.

TRY TO GET OCT 30 DEBATE – HILLARY PLEDGES TO TAKE 10 BILLION  FROM OIL COMPANIES
30 Oct CNN DEBATE
HRC
I'm going to take $10 billion away from a lot of these industries, starting with money from the HMOs that are getting too much out of Medicare, starting with the no-bid contracts for Halliburton, starting with the defense industry that needs to be pared down and reined in. I've been very clear about that,

BAY BUCHANAN
(add – earlier incue) And as she talks on the campaign trail,  her purpose of government as she sees it is to remold society for the common good.

redigitize

LARRY KUDLOW
the common good in this case means government.  It means Washington.  She wants government to be in control.  She was government to direct the economy.

HRC
Need new transcript - profits

CREATE GRAPHIC WITH TEXT TO GO UNDER ANY AUDIO WE USE

BAY BUCHANAN
She expects to use the government to

Notes from all screenings thru 18 Dec 3pm
AP notes from 11dec07 screening AP, DB, Frank Luntz
AP notes from 10dec07 screening AP, DB, MB, JTM, NW
FINAL NOTES 12/19

|  |  |
|---|---|
|  | become extremely involved with the lives of the people in this country because government knows best. |
|  | MARK LEVIN<br>So when she talks about nationalizing health care, she's not kidding.  She's been at this now for 10 years.  She wants to take over the health care system. |
| Need YUMA B ROLL – SET THE SCENE-trains, the church, city detail, etc | MUSIC OR TRAIN SFX -  make it a sequence |
| (50:24) | VO #50<br>WHAT MIGHT HILLARY'S HEALTH CARE PLAN LOOK LIKE?<br>WELCOME TO YUMA, ARIZONA. |
| YUMA b roll setup | MUSIC |
| Hospital set up shot |  |
|  | Nat sound – any medical b roll/patients nats? |
| HIEB TITLES:<br>Lee Hieb, MD<br>Yuma, AZ | DR. LEE HIEB<br>in my practice about 70 percent of the care is paid for by Medicare, federal government, and another 20 percent is paid for by the state// |
| B ROLL LEE | So essentially we're a very socialized medical community here…. |
| B roll LEE CONT | nats |
| NEED NAT SOUND ON LEE B ROLL | VO #51<br>BUT WITH SO MUCH FREE HEALTH CARE AVAILABLE FROM THE STATE AND FEDERAL GOVERNMENT, ABUSES ARE INEVITABLE. |

Notes from all screenings thru 18 Dec 3pm
AP notes from 11dec07 screening AP, DB, Frank Luntz
AP notes from 10dec07 screening AP, DB, MB, JTM, NW
FINAL NOTES 12/19

HRC – DRAFT 12/21/07
Page 44

Music quick

DR. LEE HIEB
One of my favorites is a patient of mine who was actually a drug runner //His books didn't tally, and to teach him a lesson, they blew a hole in his foot with a shotgun down in Mexico.
          Well, he went to the closest medical hospital in Mexico where medical care was free, but even he recognized that free medical care is not always good medical care, and they were going to amputate his foot.

So he hopped up to the border, literally, and at that point demanded an ambulance which by law we have to supply. … We brought him to our emergency room … I said, "Let me guess.  This guy is insured, right?"  And my friend said, "Actually he has Medicare." //

This guy has been wanted for years on four federal warrants … we're giving him his Social Security check every two weeks." …


music

NEW VO                                    VO #52
CRITICS SAY HILLARY'S HEALTH CARE OVERHAUL IS NOT UNLIKE WHAT CITIZENS OF CANADA OR THE U-K NOW EXPERIENCE. YES, MUCH OF IT IS FREE – BUT, IS THERE A CATCH?

Nats – waiting room

DR. LEE HIEB
The waiting lists get longer and longer.

Notes from all screenings thru 18 Dec 3pm
AP notes from 11dec07 screening AP, DB, Frank Luntz
AP notes from 10dec07 screening AP, DB, MB, JTM, NW
FINAL NOTES 12/19

You can wait six months to see a specialist. That's socialism. When you're standing in a line waiting and waiting, that's socialism.


HRC Clip:
"Well, I'm thrilled that universal health care is back on the national agenda.

DR. LEE HIEB 14326
medicine should be between one physician and the patient, not between an army of bureaucrats and the patient,

Nats yuma health care center quick


DR. LEE HIEB –
If people give their health to the government, what does the government not control?

Med b roll                                    Music quick

redigitize                                    DR. LEE HIEB
                                              The federal government from 3,000 miles away is not your doctor…

CHAPTER 4
FADE IN                                       VO #53
                                              HILLARY HEALTH CARE IS ONE OF THE FEW CLINTON CAMPAIGN PLATFORMS THAT CONTAINS SPECIFICS. BUT ON OTHER ISSUES IMPORTANT TO AMERICANS, WHAT DOES SHE BELIEVE?

recreate the Edwards ad – no music – all      HRC – debate 10/30 split screen 1
from Oct 30 debate                            But on specific issue I've come out with
                                              very specific plans. With respect to social
TAKE FROM MATTHEW'S                           security I do have a plan./
RECORDING
                                              HRC – split screen 2

Notes from all screenings thru 18 Dec 3pm
AP notes from 11dec07 screening AP, DB, Frank Luntz
AP notes from 10dec07 screening AP, DB, MB, JTM, NW
FINAL NOTES 12/19

HRC – DRAFT 12/21/07
Page 46

|  |  |
|---|---|
|  | But personally I am not going to be advocating a specific fix until I am seriously approaching fiscal responsibility. |
| New spot OR USE EDWARDS SPOT | **TIM RUSSERT** |
| USE TEXT (We've been told not to use anchors) | Do you, the New York Sen. Hillary Clinton, support the New York governor's plan to give illegal immigrants a driver's license? |
| New | HRC split screen 1 |
| **TAKE FROM YOUTUBE** | "I just want to add, I did not say that it should be done, but I certainly recognize why Gov. Spitzer is trying to do it. |
|  | HRC split screen 2 CHRIS DODD "Wait a minute,'''No, no, no. You said yes, you thought it made sense to do it. HRC "No, I didn't, Chris," Clinton said. "But the point is, what are we going to do with all these illegal immigrants who are driving ?" |
|  | HRC SPLIT SCREEN 3 "You know, Tim, this is where everybody plays gotcha," she said. "It makes a lot of sense. What is the governor supposed to do? |
|  | HRC split screen 4 Do I think this  the best thing for any governor to do, no. |
| **TAKE FROM YOUTUBE** | **EDWARDS** "Unless I missed something, Sen. Clinton said two different things in the course of about two minutes just a few minutes ago, and I think this is a real issue for the country. |
|  | **OBAMA** " Well, I was confused on Sen. Clinton's |

Notes from all screenings thru 18 Dec 3pm
AP notes from 11dec07 screening AP, DB, Frank Luntz
AP notes from 10dec07 screening AP, DB, MB, JTM, NW
FINAL NOTES 12/19

answer. "I can't tell whether she was for it or against it, and I do think that is important.

BOB TYRELL
obviously she hadn't been coached on, and if she's not coached, despite the fact that she's intelligent, she is so insecure and so loathes the give and take of real politics that she just seizes up, and she sure seized up when those questions were asked her

ANN COULTER
804 finally Hillary said they were so mean to her, all that happened  in that debate, I think it was time russert engaged in the old journalistic practice of the followup question. That's all it took, and all hell breaks loose, cause Hillary's asked to actually tells us what her position is,

MICHAEL BARONE
You know it raised the  question can you withstand the criticism the way any president has to because there's going to be a lot of it for any president, even during the most propitious times, and if your're gonna whine about people complaining about you, that doesn't suggest presidential stature or character

TRANSITION

NEed TO CONFROM SCRIPT

HILLARY CLINTON MONTAGE
If I had been president in 2003 I would
Iraq flip flop sedction

MICHAEL MEDVED
There's one Hillary who says, "I'm gonna bring the troops home right away when I'm elected President" and another

Notes from all screenings thru 18 Dec 3pm
AP notes from 11dec07 screening AP, DB, Frank Luntz
AP notes from 10dec07 screening AP, DB, MB, JTM, NW
FINAL NOTES 12/19

Hillary who says, "I'm gonna keep troops in Iraq indefinitely."  One of these two women is lying.

TONY BLANKLEY –
I think she did that as long as she thought that it was still politically advantageous to support the war effort.  once 2006 kicked in and the war became quite unpopular, at least for a while, then she started moving to the anti-war position. //reversing the position she'd held only months before…

CLEAN UP

ROBERT NOVAK
not because her heart is full of pacifistic tendencies but because she thought it was the politically expedient way to go.

~~O'BEIRNE~~

~~CLIP Iraq War footage / Soldiers~~

~~KATE O'BEIRNE~~
~~…when politicians like Hillary Clinton tell our troops in the field that their mission is hopeless and encourages the enemy by talking about timetables for our surrender…they betray our selfless troops.~~

==RETRACK TO TIME== – NEED PICTURES

VO #53a
FLIP-FLOPPING ON A DRIVERS LICENSE IS ONE THING.  BUT WORDS DO MATTER PARTICULARLY WHEN THEY IMPACT THE LIVES OF OUR SOLDIERS AND THEIR FAMILIES.

==Wroblewski section need transcribing here==

VO #53b

Notes from all screenings thru 18 Dec 3pm
AP notes from 11dec07 screening AP, DB, Frank Luntz
AP notes from 10dec07 screening AP, DB, MB, JTM, NW
FINAL NOTES 12/19

ROBERT "BUZZ"PATTERSON
SERVED AS THE PRESIDENT'S
SENIOR MILITARY AID IN THE
CLINTON WHITEHOUSE.
DISTINGUISHED SERVICE IN THE
AIR FORCE, INCLUDING COMBAT
MISSIONS, AND HIS REGULAR
INTERACTION WITH THE FIRST
LADY, GAVE HIM UNIQUE INSIGHT
ABOUT THE POTENTIAL FUTURE
COMMANDER-IN-CHIEF.

PATTERSON BITE NEEDS TO BE
TRANSCRIBED

HRC CLIP
Hardest descision I had to make etc

Wroblewski's

Hrc clip

Wroblewskis – need transcript

MICHAEL LEDEEN
If, a legislator does not like the war and
decides, "Enough already with this war",
then, cut off the money.  They're entitled
to do that.  But above all, its not up to a
legislator to try to outguess the uh,
military strategists-that's not their job.

~~GERTH~~
~~so in essence she was now~~
~~trying to portray herself as, well, yeah, i~~
~~was sort of only half for the war, really~~
~~maybe against the war, before i actually~~
~~voted for it~~

EXPAND THIS BITE

BAY BUCHANAN
so you say again, "okay. well she's
flipping, she's flopping." no. she's not
flipping and flopping. she's lying. she
will not take responsibility for calling and

Notes from all screenings thru 18 Dec 3pm
AP notes from 11dec07 screening AP, DB, Frank Luntz
AP notes from 10dec07 screening AP, DB, MB, JTM, NW
FINAL NOTES 12/19

asking our good and brave soldiers to put their lives on the, the. line. she will not take responsibility.

MICHAEL LEDEEN
…every Democratic candidate-they all want to just get out of Iraq, just whatever it takes.  When the fact of the matter is, that you can't have good security in Iraq until you've dealt with, at a minimum, Syria and Iran, because they're the ones who are arming, training and running a lot of these terrorists.

Change coverage

VO #54
THE WAR ON TERROR ISN'T THE ONLY ISSUE WHERE HILLARY IS TRYING TO HAVE IT BOTH WAYS. WHEN IT IS POLITICALLY EXPEDIENT, HILLARY CAMPAIGNS ON HER HUSBAND'S PRESIDENCY, BUT WHEN THE POLLS SAY OTHERWISE,  SHE ABANDONS THEIR RECORD.

Needs script conform

BARACK O BAMA CLIP
"Sen. Clinton is claiming basically the entire eight years of the Clinton presidency as her own, except for the stuff that didn't work out, in which case she says she has nothing to do with it,"

ADD FROM SCREENERS RECEIVED 10DEC07

BILL CLINTON:  Clinton said he had a new campaign slogan: "Buy One, Get One Free."

MARK LEVIN
This is as much about Bill Clinton as it is Hillary Clinton.  I mean for purposes of this election it's one and the same.

~~MOVE~~
~~ADD "EVIL MAN" LINE FROM JZ's HRC~~

~~HRC~~
~~The question is we face a lot of dangers~~

Notes from all screenings thru 18 Dec 3pm
AP notes from 11dec07 screening AP, DB, Frank Luntz
AP notes from 10dec07 screening AP, DB, MB, JTM, NW
FINAL NOTES 12/19

| | |
|---|---|
| ~~GREATEST HITS CD~~ | ~~in the world and, in the gentleman's words, we face a lot of evil men and what in my background equips me to deal with evil and bad men?~~ |
| ADD FILTERS | VO #55<br>"BUZZ" PATTERSON, CARRIED THE 'NUCLEAR FOOTBALL' FOR PRESIDENT BILL CLINTON, WHILE SERVING IN THE CLINTON WHITE HOUSE, HE LEARNED FIRST HAND ABOUT THE FORMER FIRST LADY'S QUALIFICATIONS. |

BUZZ PATTERSON
When she was moving around the White House hallways and corridors the, the edict was for us to avoid eye contact with her so as to preclude her from making exchanges like "Good morning, good afternoon." … those us that worked in and round herself and her husband would often times dive into open office uh, office ways, doorways to avoid her stare.

Music quick

BUZZ PATTERSON
I saw her vent on her husband many, many times.

[00:24:27]
BUZZ PATTERSON:
As we entered the elevator to go the top floor of this hotel for the fundraiser Misses Clinton lit into her husband with every profane four-letter word you've ever heard in your life, and as, as a military guy I've heard them all. //-how vicious it was, and how profane it was, and then of course we got to the top floor of the elevator uh, of the hotel, and the elevator opened, they were holding hands and smiling and waving like uh, they could turn it on and off in a heart beat.

Notes from all screenings thru 18 Dec 3pm
AP notes from 11dec07 screening AP, DB, Frank Luntz
AP notes from 10dec07 screening AP, DB, MB, JTM, NW
FINAL NOTES 12/19

HRC – DRAFT 12/21/07
Page 52

VO #55A
BOTH CLINTONS ARE WELL
AWARE THE WAR ON TERROR
COULD BE KEY ISSUE IN
HILLARY'S RUN FOR THE
PRESIDENCY. BOTH HAVE BEEN
QUICK TO FAULT THE BUSH
ADMINISTRATION FOR FAILING TO
PREVENT THE 9/11 ATTACKS –
WHILE ABSOLVING THE CLINTON
WHITE HOUSE OF ANY MISSED
OPPORTUNITIES.

Need this

PATTERSON
there were many times, eight to ten that
I'm aware of uh, in the 1990s that we had
had a chance as a country to, to capture
Bin Laden or to kill him… Clinton chose
not to pull the trigger

FRANCELLE – NEED STOCK FOOTAGE
HRC at 26 Sept 06 news conference in DC

HRC
I'm certain that if my husband and his
national security team had been shown a
classified report entitled `Bin Laden
Determined to Attack Inside United
States,' he would have taken it more
seriously than history suggests it was
taken by our current president and his
national security team,'

VO #55B
PATTERSON SAYS THAT'S
LAUGHABLE
HE SAYS PRESIDENT CLINTON
WAS BRIEFED BY MULTIPLE U-S
INTELLIGENCE AGENCIES OF AL
QAIDA PLANS  TO ATTACK THE
UNITED STATES.

PATTERSON

Notes from all screenings thru 18 Dec 3pm
AP notes from 11dec07 screening AP, DB, Frank Luntz
AP notes from 10dec07 screening AP, DB, MB, JTM, NW
FINAL NOTES 12/19

We knew about the potential and they specifically pointed to the possibility of using ~~flying he  hijack~~ hijacked airlines into the Pentagon, the CIA quarters, and it also talked about New York City.

CLIP? OR B ROLL CYRUS

B-ROLL FROM JOHN ZIEGLER?

VO #56
CYRUS NOWRASTEH IS THE AWARD WINNING WRITER/PRODUCER OF THE ABC MINISERIES "THE PATH TO 9/11". THOUGH HIS MOVIE TAKES AIM AT BOTH THE CLINTON *AND* BUSH ADMINISTRATIONS IN THE DAYS AND YEARS PRIOR TO 9/11, NOWRASTEH SAYS HE AND HIS FILM WERE TARGETED BY THE CLINTON MACHINE.

CYRUS NOWRASTEH
there was a huge coordinated campaign to discredit the movie and me, and get Disney ABC to pull or re-cut the movie.  It was unprecedented.  There's never been an attack on a movie so broad and vicious.

VO #57
IN THE WEEKS JUST PRIOR TO AIR, NOWRASTEH'S HOME ADDRESS AND EMAIL WERE POSTED ON VARIOUS PRO CLINTON WEB SITES.

CYRUS NOWRASTEH
I got death threats at my house.  I got hate mail, and they set about, basically, trying to destroy us, and stop this thing from airing.  (14:00) The intimidation included five senators led by Harry Reid sending a letter to Disney ABC threatening to revoke their station licenses if they didn't pull or re-cut the movie.

Notes from all screenings thru 18 Dec 3pm
AP notes from 11dec07 screening AP, DB, Frank Luntz
AP notes from 10dec07 screening AP, DB, MB, JTM, NW
FINAL NOTES 12/19

Now one thing you've got to understand, // these phone calls, the threats on the internet, the bloggers, none of them had seen the movie.

music

Replace with angry bill still

CYRUS NOWRASTEH
This was all political spin.  It was hysterical, it was out of control, and it was generated by ex-President Clinton from his offices in Harlem, where he met with (36:00) all of these bloggers to specifically discuss counter-measures against the ABC broadcast, "The Path to 9/11", and how they could get it pulled from the air.

CYRUS NOWRASTEH
Now Disney ended up cutting about three minutes from the over five hours of the broadcast.

Add this 10310
So I'm going to show that to you now.

CYRUS NOWRASTEH
Now they have the compound surrounded, they know where Bin Laden is, and what they need to do is coordinate with Washington, so they're on satellite phone communication with Sandy  Berger, Richard Clarke, George Tenet, et al from Washington to basically get the final green light to go ahead with this operation.

Currently there is way too much up sound

CLIP – (USE 30-45 secs maybe)

ANN COULTER
4431 its shocking that abc would bow down to bill Clinton on the path to  9/11 – it's shocking that bill Clinton would ask. (I'm not a big fan of democrats) you can't imagine Walter Mondale doing that,

Notes from all screenings thru 18 Dec 3pm
AP notes from 11dec07 screening AP, DB, Frank Luntz
AP notes from 10dec07 screening AP, DB, MB, JTM, NW
FINAL NOTES 12/19

I don't even think you could imagine
Jimmy Carter doing that

VO #58
PRESIDENT CLINTON HAS SAID HE
NEVER GOT THAT CLOSE TO
GETTING OSAMA BIN LADEN. BUT
NATIONAL SECURITY EXPERTS
HAVE SAID ON THE RECORD THAT
THE PATH TO 9/11 WAS ACCURATE.

Clean it up

CYRUS NOWRASTEH
So the path to 9'11 got it right. That's why
they were upset. We exposed the hot
button truth that they'd been trying to bury
for years.

VO #59
THE $40 MILLION PROJECT WAS A
RATINGS SMASH - WITH NEARLY
28 MILLION VIEWERS. IT LATER
RECEIVED 7 EMMY NOMINATIONS.
BUT IF YOU WANT TO CATCH THE
PATH TO 9/11 ON DVD – YOU
CAN'T. ABC/DISNEY WON'T
RELEASE IT. WHY WOULD THEY
PASS UP MILLIONS OF DOLLARS IN
DVD REVENUE?

CYRUS NOWRASTEH
12718 I think the initial attacks H̶were
really about Bill Clinton's legacy.
However now a year later with the dvd
being suppressed I think it's about
Hillary's run for the White House

CYRUS NOWRASTEH:
All I can say is what the exec at ABC told
me, which is, "If Hillary wasn't running,
this wouldn't be a problem"

HAVE SIMILAR FROM CNN
SCREENERS (came in 13Dec07)

BERGER -
"Last year when I was at the Archives I
made an honest mistake.

Notes from all screenings thru 18 Dec 3pm
AP notes from 11dec07 screening AP, DB, Frank Luntz
AP notes from 10dec07 screening AP, DB, MB, JTM, NW
FINAL NOTES 12/19

VO #61
FORMER CLINTON NATIONAL
SECURITY ADVISOR SANDY
BERGER PLED GUILTY TO
STEALING AND DESTROYING
HIGHLY CLASSIFIED DOCUMENTS
FROM THE NATIONAL  ARCHIVES
AND LYING TO INVESTIGATORS.

MICHAEL BARONE
I was surprised and astonished when I
learned he had taken documents out of
the National Archives, stuffed them in his
socks, I have written ~~in my blog at US
News.com~~ that the only reason Berger
might have done this was at the behest of
Bill Clinton or someone of similar stature
who wanted information, or single
copies, unique copies removed from the
Archives

VO #61a
THE PAPERS REPORTEDLY
REVEALED CLINTON'S RESPONSE
REGARDING THE MILLENNIUM
BOMB PLOT AND SUDAN'S OFFER
TO TURN OVER BIN LADEN IN 1996.
BUT BECAUSE SANDY BERGER
DESTROYED THESE CRITICAL,
SECRET DOCUMENTS, THE
AMERICAN PEOPLE MAY NEVER
KNOW THE TRUTH ABOUT THESE
EVENTS OR THE  CLINTON
ADMINISTRATION AND 911.

CYRUS NOWRASTEH:
The documents that he stole pertain
specifically to the sequence in the mini-
series that they were upset about. I believe
they are criminally guilty of distorting
history

PATTERSON

PATTERSON
there was a smoking gun in there in terms
of what the Clinton Administration knew

Notes from all screenings thru 18 Dec 3pm
AP notes from 11dec07 screening AP, DB, Frank Luntz
AP notes from 10dec07 screening AP, DB, MB, JTM, NW
FINAL NOTES 12/19

STOCK STILL Berger in front of 911
Commission

about Bin Laden,

Music quick

JOHN MICA 12750
Sandy Berger had a mission, and that
mission was to go in and clean up
history, clean up mistakes, destroy any
evidence of error or culpability to actions
that led to 9/11. He accomplished that.
He basically paved the way for her to
move forward and give Bill a free pass. I
mean, it is that simple.

VO #62
SANDY BERGER WAS FINED, LOST
HIS SECURITY CLEARANCE FOR 3
YEARS, AND DISGRACED,
ESPECIALLY IN WASHINGTON.
BUT HE HAS RESURFACED.
~~INCREDIBLY~~, REPORTEDLY,
BERGER IS NOW AN ADVISER TO
THE PRESIDENTIAL ~~CANDIDATE~~
CAMPAIGN OF…HILLARY
RODHAM CLINTON.

ANN COULTER
2134 its either that he's really good at
foreign policy, which I doubt or he
knows something, or they owe him, and I
think that's what it is

MARK  LEVIN
3143 do I think he should be advising
hillary Clinton? I think he's a perfect
person to advise hillary Clinton he's
sleazy he broke the law, he'll do her
bidding, he should be her chief of staff as
a matter of fact

VO #63
HILLARY IS TOUGH ON TERROR AS
LONG AS IT'S POPULAR. BUT ONCE

Notes from all screenings thru 18 Dec 3pm
AP notes from 11dec07 screening AP, DB, Frank Luntz
AP notes from 10dec07 screening AP, DB, MB, JTM, NW
FINAL NOTES 12/19

AGAIN THE REAL HILLARY
CLINTON REMAINS A MYSTERY.

GERTH

STILLS or footage  OF HRC WEBSITE

GERTH
we went through all the speeches that
were posted on her website, some 200 of
them…and there's no speech that's about
counter terrorism or talks about the threat
to the homeland,

GAFFNEY

STOCK STILLS HRC in NYC Sept 01

GAFFNEY
whatever Mrs. Clinton took away from
the 9/11 experience is now slipping away
or perhaps she never meant it in the first
place

GAFFNEY At 1510
as far as I know, Senator Clinton simply
has not wanted to discuss with clarity and
certainly with the kind of authority would
expect from a now senior member of the
Senate Armed Services Committee that
we are at war with a totalitarian ideology

TONY BLANKLEY   15730
I'd like to see a President in either party
who is going to be honest about the
nature of the danger, and willing to stand
up and say this is what needs to be done,
even if it's not popular at the moment.
She doesn't seem to have any instinct to
be able to do that, whatever her high
intelligence might be.

MUSIC QUICK

New music

VO #6
WHO *IS* THE REAL HILLARY
CLINTON? CLINTON SCHOLARS
AND WRITERS HOPING FOR AN
ANSWER WERE SHOCKED TO
LEARN THAT, DESPITE FREEDOM

Notes from all screenings thru 18 Dec 3pm
AP notes from 11dec07 screening AP, DB, Frank Luntz
AP notes from 10dec07 screening AP, DB, MB, JTM, NW
FINAL NOTES 12/19

HRC – DRAFT 12/21/07
Page 59

OF INFORMATION ACT
STIPULATIONS, AFTER THREE
YEARS THE CLINTON LIBRARY
HAS ONLY RELEASED ONE HALF
OF ONE PERCENT OF ITS RECORDS.

LEVIN

MARK LEVIN
This is the mentality of a tyranny, and
yet the media treats this as if it's no
big deal.  It is a very very big deal.
We paid for those documents at that
library, much of our money goes into
that library.  It's a federally run
operation.

VO #67
THE CLINTON LIBRARY IS KNOWN
LOCALLY AS 'LITTLE ROCK'S
FORT KNOX'. NEARLY 2 MILLION
PAGES OF RECORDS COVERING
HILLARY'S YEARS IN THE WHITE
HOUSE ARE LOCKED AWAY,
CLOUDING HER ROLE IN POLICY
MAKING. OVER 300 FREEDOM OF
INFORMATION ACT REQUESTS
ARE PENDING.

POSSIBLE ADD FROM 30 OCT CNN
DEBATE

SEN. CLINTON: Well, that's not my
decision to make. And I don't believe that
any president or first lady has. But
certainly we'll move as quickly as our
circumstances and the processes of the
National Archives permits.

~~SEN. OBAMA:~~
~~We have just gone through one of the~~
~~most secretive administrations in our~~
~~history, and not releasing, I think, these~~
~~records at the same time, Hillary, as~~
~~you're making the claim that this is the~~
~~basis for your experience, I think, is a~~
~~problem.~~

ANN COULTER

Notes from all screenings thru 18 Dec 3pm
AP notes from 11dec07 screening AP, DB, Frank Luntz
AP notes from 10dec07 screening AP, DB, MB, JTM, NW
FINAL NOTES 12/19

2335 This idea they're claiming now, 'we're trying to release them , we're trying to release them as fast as we can but the library just won't let us release them //

2355 you want the papers released order the papers released. They're your papers

MR. FUND:
I think the American people have a right to as much of a public record as possible about Hillary Clinton.  Those records should be released before the 2008 elections so we can learn a lot more about exactly how much influence she had in the White House, what her positions were in the White House, and how she acted in the White House.

TRANSITION NEW CHAPTER                  music

VO #67A
CHARACTER IS DEFINED AS WHAT WE DO WHEN WE THINK NO ONE IS LOOKING. BY THAT STANDARD MANY CRITICS SAY THE CLINTONS ARE SORELY LACKING.

Stills - pardons                  Add a beat here for music

VO #68
ON JANUARY 20, 2001, PRESIDENT CLINTON ISSUED 140 PARDONS ON HIS LAST DAY IN OFFICE. THOSE PARDONED OR RECEIVING COMMUTED SENTENCES INCLUDED COCAINE TRAFFICKER CARLOS VIGNALI AND THE BIGGEST TAX FUGITIVE IN U-S HISTORY MARC RICH.

Need marc rich still

MUSIC

VO #69

Notes from all screenings thru 18 Dec 3pm
AP notes from 11dec07 screening AP, DB, Frank Luntz
AP notes from 10dec07 screening AP, DB, MB, JTM, NW
FINAL NOTES 12/19

AS MUCH AS THOSE PARDONS
REVEAL ABOUT BILL, AN EARLIER
PARDON MAY HAVE REVEALED
EVEN MORE ABOUT HILLARY'S
CHARACTER – AND HER
WILLINGNESS TO DO *ANYTHING* TO
GET ELECTED.

B ROLL – QUICK MONTAGE

Nat sound sfx-

JOE CONNOR 21151
I remember the first Mets game (my dad)
he took me to, and we were sitting at the
very top at Shea Stadium, this is probably
1971,..

//21221 it was just a beautiful day out
with my dad. He loved the Mets, he loved
his sports, and that's one day that I'll
never forget, it's sort of being in the care
with him and being at the game with him,
and just enjoying his presence.

JOE CONNOR 10433
It was an idyllic childhood to be honest
with you, I couldn't have asked for a
better childhood up until I was nine.

JOE CONNOR 10126
My dad was a very decent, honest family
man.  As a matter of fact on that day,
January 24th, he was looking forward to
coming home that Friday and having
celebrating my brother's 11th and my 9th
birthdays. It was going to be a big family
event for us.

MUSIC

JOE CONNOR 21341
Fraunces Tavern has an extraordinary
place in American history. It's where The
Sons of Liberty met, it's where George
Washington bid farewell to his officers at
the end of the Revolutionary War, and

Notes from all screenings thru 18 Dec 3pm
AP notes from 11dec07 screening AP, DB, Frank Luntz
AP notes from 10dec07 screening AP, DB, MB, JTM, NW
FINAL NOTES 12/19

it's also the place where Frank Connor, my father was murdered in 1975.

B ROLL

MUSIC (scratch Moby Live Forever)

SFX – NEWS FOOTAGE –
REENACTMENTS
(pull up pauses)

RICK:    34422
On January 24th 1975, I was working as surveillance on the west side of Manhattan and the sirens started to go off, just an endless stream of fire trucks, police vehicles going down to the southern end of Manhattan and short time later turning on radio it was easy to find out that there have been a bombing in Fraunces Tavern,

STOCK FOOTAGE crowded NYC street circa 1975

RICK 22938
Nobody dreamt that this was a day time bombing of a restaurant in New York City in the United Sates of America, because it simply was not the sort of thing that happened in America.

NEW VO

VO #72 (connor3)
THE SENSELESS BOMBING HAD BEEN PERPETRATED BY WHAT WAS ~~TO BECOME~~ ARGUABLY THE MOST ACTIVE TERRORIST ORGANIZATION IN US HISTORY, THE FALN. BUT IN 1975, THE FALN WAS A NEWLY FORMED, PREVIOUSLY UNHEARD OF ORGANIZATION THAT THROUGH DEADLY VIOLENCE ADVOCATED COMPLETE INDEPENDENCE FOR PUERTO RICO.

JOE CONNOR 10700
I kept hoping and thinking that maybe he is under rubble and trying to get through and there is a mistake, it really didn't happen, that he was okay.

10633 My mom says, now that all she

Notes from all screenings thru 18 Dec 3pm
AP notes from 11dec07 screening AP, DB, Frank Luntz
AP notes from 10dec07 screening AP, DB, MB, JTM, NW
FINAL NOTES 12/19

wanted to do was run. She wanted to run out of the door and keep running, I remember I was a little tiny nine-year-old, and I was -- one of the guys had picked me up and I was sort of punching him in the back. Not knowing how to react to something like that.

| | |
|---|---|
| JOE walks into Tavern – both angles ext and int 30156 goes in 30223 comes in | MUSIC (new – make this a big moment) |
| B roll  dining room | |
| JOE AND RICK ENTER BISSELL | RICK 22138<br>Joe this is The Bissell dining room at Fraunces Tavern, and this is the room that suffered most of the damage in the bombing on January 24, 1975. The bomb was placed actually just on the opposite side of these doors.// |
| JOE AND RICK CROSS CUT | RICK 22348<br>waiters and some of the other witnesses remember seeing somebody come through this door carrying a large duffel bag. He looked around the room, one of the waiters was about to approach him and tell him that he had to leave. When he stepped back out, he apparently left the bomb outside, |
| | RICK: 22455<br>This was a typical FALN type of device, it was a quantity of dynamite, included propane tanks which was one of their trademarks in building their bombs in the early days and a simple timer, a wrist watch altered to serve as a timer to set off the device. |
| JOE AND RICK CROSS CUT | JOE CONNOR:        22412<br>So, it was a timed bomb, so he new when he placed it that essentially the people that he was, that he had seen were going to feel the impact on them. |

Notes from all screenings thru 18 Dec 3pm
AP notes from 11dec07 screening AP, DB, Frank Luntz
AP notes from 10dec07 screening AP, DB, MB, JTM, NW
FINAL NOTES 12/19

|  |  |
|---|---|
|  | RICK:<br>Absolutely, he knew that he was committing mass murder, no question about it.  The bomb was estimated as approximately 12 pounds of dynamite, 24 sticks of dynamite. |
| JOE AND RICK CROSS CUT | JOE CONNOR:        22648<br>Where would my dad have been sitting in relation to this table? |
| JOE AND RICK CROSS CUT | RICK:<br> I believe your dad was sitting at the end of the table here Joe, and would have been one of the first people hit by the blast of the bomb. |
| CLOSE ON JOE, THEN<br>EFFECT – BOMB GOES OFF | SFX- BOMB BLAST |
| GFX Diagram of Bissell dining room and blast pattern | RICK 22548<br>Joe, the bomb being just outside this door here, when it functioned, much of the blast came of course through into this room knocking down this door, and that shock wave would have taken everything in the room and just made missiles out it. So, you have victims that have pieces of glassware, pieces of silverware pushed into their bodies as a result of the blast. // |
|  | RICK: 23752 |
| HOLD ON JOE | three of the six people that were seated at a table, approximately here, were killed. |
| PRE-LAP JOE'S VO OVER ABOVE<br>REACTION | JOE CONNOR:        23907<br>Do you know why they chose the time, the place, the day? |
|  | RICK:  23921 |
| GFX FALN statement highlight "capitalist-imperialist-pigs" | The communiqué that they left said that they were trying to kill capitalist-imperialist-pigs in Fraunces Tavern and specifically sites Fraunces has been |

Notes from all screenings thru 18 Dec 3pm
AP notes from 11dec07 screening AP, DB, Frank Luntz
AP notes from 10dec07 screening AP, DB, MB, JTM, NW
FINAL NOTES 12/19

target.

Music quick

VO #73 (connor4)
FOUR DIED AND MORE THAN 50
WERE INJURED. IT WAS A TYPICAL
FALN OPERATION – ONE OF OVER
130 BOMBINGS BETWEEN 1974 AND
1983.

VO #74 (connor 5)
BUT ON THAT CRISP WINTER DAY,
AT FRAUNCE'S TAVERN, NO ONE
COULD IMAGINE WHAT THE
FUTURE HELD FOR THE
MURDEROUS MEMBERS OF THE
FALN.

DICK

DICK MORRIS Pg 47 line 17
Hillary's biggest problem running for the
Senate was that she wasn't a New Yorker.
And how is she going to appeal to the
specific ethnic groups that make up the
New York State electorate?  And the
biggest ones are people from Puerto
Rican extraction.  So in September, 1999,
right in the middle of her Senate
campaign, she was approached by city
councilman Jose Rivera, who really is a
spokesman for the Hispanic community
in New York.  Who gave her a packet
urging the pardoning of the FALN
terrorists.

DICK MORRIS Pg 45 line 17 MR.
MORRIS: And included in the packet
was a letter to Hillary asking her to use
her influence on her husband to get these
pardons granted.  And two days later they
were.

SEE NEW CNN FOOTAGE OF HRC WITH
PUERTO RICO POSTER IN B.G.

STOCK FOOTAGE HRC on campaign trail
in NYC

SEE HEADLINES OR JOE OR BOTH

MUSIC
And/or CLIP HC-054@5253

Notes from all screenings thru 18 Dec 3pm
AP notes from 11dec07 screening AP, DB, Frank Luntz
AP notes from 10dec07 screening AP, DB, MB, JTM, NW
FINAL NOTES 12/19

News anchor announces faln clemency

VO #75
IT MADE NO SENSE. NOT ONE OF
THE INCARCERATED FALN
TERRORISTS HAD REQUESTED
CLEMENCY, OR HAD EXPRESSED
ANY REMORSE. IN FACT, PRIOR TO
THAT ACTION, THE CLINTON
ADMINISTRATION HAD GRANTED
CLEMENCY IN JUST 3 CASES OUT
OF OVER 3000 APPLICATIONS,
ACCORDING TO THE OFFICE OF
THE PARDON ATTORNEY AT THE
JUSTICE DEPARTMENT.

ADD A BREATH

JOE CONNOR 11036
 It was putting a political agenda of the
Clinton's above my father's life

Music quick

ALTERNATE CAMERA ANGLES

RICK: 11052
Sandy Berger appeared on television a
day or two after the pardons were granted
or after clemency was granted and stated
that these people were not personally
involved in violence. That's simply not
the fact

RICK 11245
in this case, these people were convicted
of planting 36 bombs in Chicago. If that's
non-violence, then Mr. Berger's
dictionary is a little bit different than
mine is.

ALTERNATE CAMERA ANGLES

RICK HAHN 11030
-the Department of Justice received a
memo from the FBI saying that under no
circumstances should these people be

Notes from all screenings thru 18 Dec 3pm
AP notes from 11dec07 screening AP, DB, Frank Luntz
AP notes from 10dec07 screening AP, DB, MB, JTM, NW
FINAL NOTES 12/19

HRC – DRAFT 12/21/07
Page 67

|  |  |
|---|---|
|  | released |
| <mark>FIND NEW STILL WITH HRC WHISPERING IN WJC'S EAR</mark> | RICK 11312<br>the President of the United States who had access to all this information//11314 ignored the facts of the matter. |
|  | Music quick |
| <mark>CUT</mark> | RICK 11254<br>You have to ask yourself who benefited from this besides terrorists themselves? it's my view ~~//that have concluded~~ the only other person that could have benefited from this was Hillary Clinton. |
|  | Music quick |
|  | VO #76<br>THE SENATE, ON A 95 TO 2 VOTE, LATER DENOUNCED PRESIDENT CLINTON'S FALN CLEMENCY. |
| NEW VO | CANDIDATE CLINTON CLAIMS SHE IS THE MOST EXPERIENCED.  HER HUSBAND CLAIMS SHE WAS INTIMATELY INVOLVED IN HIS ADMINISTRATION.  AND YET… |
|  | HILLARY SAID PUBLICLY SHE HAD, QUOTE, "NO INVOLVEMENT IN OR PRIOR KNOWLEDGE OF THE DECISION." |
|  | DICK MORRIS<br>Obviously she knew about it.  Obviously she asked Bill to do the pardons.  And obviously when she says she knows nothing about it she's not telling the truth. |
| Home movie footage | Music – |
| ADD MONTAGE THAT REFLECTS NOSTALGIC OPENING CONNOR MONTAGE | JOE CONNOR 12027<br>How dare they -- my father was a decent, honest, family man and he was being |

Notes from all screenings thru 18 Dec 3pm
AP notes from 11dec07 screening AP, DB, Frank Luntz
AP notes from 10dec07 screening AP, DB, MB, JTM, NW
FINAL NOTES 12/19

forgotten or used as a political pawn by those people who didn't have his decency, didn't have his family values and wasn't the kind of man, that my father was.

Ending b roll                                 Music – long fade

WRAP                                          Music – fade up
Need a breather here – HRC montage

                                              Need an upsound clip here of Hillary


                                              VO#77
                                              WE'VE HAD ONLY TWO FATHER-
                                              SON PRESIDENCIES IN THE ~~230
                                              YEAR~~ HISTORY OF OUR NATION.
                                              WE MAY BE ON THE VERGE OF
                                              THE FIRST HUSBAND AND WIFE
                                              COMMANDER IN CHIEFS.
                                              HISTORICALLY, AMERICANS HAVE
                                              NEVER BEEN KEEN ON
                                              DYNASTIES. SO IT'S WORTH
                                              REMEMBERING THAT A VOTE FOR
                                              HILLARY IS A VOTE TO CONTINUE
                                              20 YEARS OF A BUSH OR A
                                              CLINTON IN THE WHITE HOUSE.

                                              <mark>John Edwards bite needs transcription</mark>


                                              JOHN FUND
                                              So what John Edwards is saying about
                                              outmoded thinking and nostalgia is really
                                              I think expressing a reluctance to turn
                                              American democracy which is very -- I
                                              think mariducratic (ph.) over the two
                                              families.  And Hillary Clinton would
                                              represent the past in that in a continuation
                                              of I think [22:00] a dangerous trend to
                                              electing people because of how much
                                              recognition they have rather their
                                              intrinsic qualities.

Notes from all screenings thru 18 Dec 3pm
AP notes from 11dec07 screening AP, DB, Frank Luntz
AP notes from 10dec07 screening AP, DB, MB, JTM, NW
FINAL NOTES 12/19

| | |
|---|---|
| HRC STILLS AND B ROLL<br>Retrack president | VO #78<br>FINALLY, BEFORE AMERICA DECIDES ON OUR NEXT PRESIDENT, VOTERS SHOULD NEED NO REMINDERS OF THE WHAT'S AT STAKE – THE WELL BEING AND PROSPERITY OF OUR NATION. |
| NEW | GERTH<br>we uncovered, uh, a radio show that Eleanor Roosevelt, her heroine, did in 1934, and Eleanor Roosevelt was asked during this show, when will a woman become president?<br><br>[00:39:09]<br>GEOFF GERTH:      her answer// when a majority of the American people have trust and confidence in the integrity of her. And that's the challenge that Hilary faces,<br><br>BOB NOVAK<br>Its been said and I agree with it that this is the most personal political choice that Americans make. //They want, they -- their personality traits, their – will they consider a person that they could trust, that they would like, that they were comfortable with, and that's were I think Hillary Clinton as a candidate has great defects.<br><br>PETER PAUL<br>She's not accountable.  She'll never be accountable personally for anything that she does and her personality is such that she believes that the ends justifies the means no matter what those means are.<br><br>MICHAEL MEDVED |

Notes from all screenings thru 18 Dec 3pm
AP notes from 11dec07 screening AP, DB, Frank Luntz
AP notes from 10dec07 screening AP, DB, MB, JTM, NW
FINAL NOTES 12/19

HRC – DRAFT 12/21/07
Page 70

if she weren't married to Bill Clinton, what is there that she has accomplished in her life-that would lead you to believe that she should become the most powerful person in the country?

TONY BLANKELY 15604
which candidate is most likely to be able to be successful in protecting us from a threat from radical Islam?  That is the central crisis of our time

FRANK GAFFNEY 13627
If she reverts to form, Hillary Clinton will likely be in the future what she has been in the past, which is a person, a woman, a politician of the left, and I don't think that's going to good for the security of the United States.

NEWT GINGRICH
She can't favor English as the official language of government, has said she can't favor it.  Eighty-five percent of the American people favor English as the official language of government.I think there are a number of big issues where you'd have a very clear contrast.  She favors liberal judges.  Ninety-one percent of the American people favor the right to say "one nation under God."
The bigger this campaign is, the better the choices, the more trouble she's in.

MUSIC

NEW

LARRY KUDLOW
What will be important though, and this is some baggage she has to deal with, ~~Mrs. Clinton    Senator Clinton~~, is the idea of a co-presidency.  The idea that Bill Clinton will be back in the White House.  Because I think when he left the

Notes from all screenings thru 18 Dec 3pm
AP notes from 11dec07 screening AP, DB, Frank Luntz
AP notes from 10dec07 screening AP, DB, MB, JTM, NW
FINAL NOTES 12/19

HRC – DRAFT 12/21/07
Page 71

White House people had enough.

NEW                              COULTER
HEADLINE GRAPHICS                I can't imagine that Americans want to go
                                 back to the `90s and the country being
                                 dragged into this ugly, dysfunctional
                                 family drama.


                                 JOHN FUND
                                 I certainly don't see Hillary Clinton as
                                 someone who can unify the country.
                                 President Bush didn't, I don't think she
                                 would either.

                                 ~~MR. FUND:  Hillary Clinton as president~~
                                 ~~would probably run an administration~~
                                 ~~that would very much look back to the~~
                                 ~~eight years that she spent as first lady~~
                                 ~~under Bill Clinton~~

                                 BUZZ PATTERSON 14420
                                 I think we are at a very critical time in
                                 this country
                                 I can tell you beyond a shadow of a doubt
                                 that uh, the Hillary Clinton that I know is
                                 not equipped, not qualified to be our
                                 commander in chief.

                                 MARK LEVIN
                                 this vote comes down to one thing:
                                 liberty.  Do you believe in liberty or don't
                                 you?  Economic liberty, free speech,
                                 protecting our borders, protecting our
                                 country from terrorism - the issue is
                                 liberty.



HRC IN LIMO                      music


TRAVELING LIMO                   HRC
DC SHOTS                         You know…on January 20th,
                                 2009…some one will stand on the steps
                                 of the capitol…and raise his or her hand

Notes from all screenings thru 18 Dec 3pm
AP notes from 11dec07 screening AP, DB, Frank Luntz
AP notes from 10dec07 screening AP, DB, MB, JTM, NW
FINAL NOTES 12/19

to take the oath of office as the 44th president of the United States of America.

applause

TRAVELING LIMO
DC SHOTS

DICK MORRIS
we must not ever underestimate this woman. We must not ever understate her chances of winning. We mustn't be lolled into a state of security and complacency by the new found moderation that she likes to talk about. And we must never forget the fundamental danger that this woman possess to every value that we hold dear.

END ON NATIONAL ARCHIVES
STATUE BASE "PAST IS PROLOGUE"
RAPID CUTS MONTAGE "BLIP-VERT
STYLE"

END ON MATTHEW'S STILL OF HRC
FROM WEB-SITE

You see, I know her.

MUSIC: Hail to the Chief

HRC EXITS LIMO

ANNOUNCER
Ladies and gentlemen, the President of the United States….

WHITE OUT

END

END CREDITS

ADD THESE TO THE QUESTIONS TO
CAMERA FOR CREDIT SEQUENCE

BOB NOVAK: The problem with that formulation is that as a practical person I know she wouldn't answer it. She doesn't answer questions so it's hard to think of them. If I were using some kind of a drug that'll force her to tell the truth, I'd like to know – I'd really like to know what her model for America is? She's -- it takes a village, does it take a government that she see – I would really like to know would she put kind of a tax system, what kind of an economic system, what kind of a regulatory system she has -- not that she's going to propose but what she really wants for America. But she wouldn't tell the truth so it wouldn't be

Notes from all screenings thru 18 Dec 3pm
AP notes from 11dec07 screening AP, DB, Frank Luntz
AP notes from 10dec07 screening AP, DB, MB, JTM, NW
FINAL NOTES 12/19

HRC – DRAFT 12/21/07
Page 73

worth asking.

MR. FUND:
My question for Senator Clinton would
be very simple you have a record of eight
years serving in the Clinton
administration as first lady, a very
unusual first lady with a great deal of
power and influence.  The American
people have a right to know as much as
possible about your record during those
years.

GERTH
I guess the, the question I would ask her
is why at so many points in her career
over the last 15 years has she found it
necessary to when she's made a mistake
or made a misjudgment or made a
misstatement, why she found it necessary
to dig down deeper into the hole instead
of just addressing the mistake, either
admitting the mistake, explaining the
mistake, uh, and moving o, why, why is
she – has this proclivity to cover up and
compound what sometimes starts out
with small mistakes.  Other times they're
not small mistakes, but in either event,
you know, make the matter worse.

Notes from all screenings thru 18 Dec 3pm
AP notes from 11dec07 screening AP, DB, Frank Luntz
AP notes from 10dec07 screening AP, DB, MB, JTM, NW
FINAL NOTES 12/19