# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 426
September Term, 2007
07cv2240

Citizens United,

    Plaintiff,

v.

Federal Election Commission

    Defendant.

**United States Court of Appeals
For the District of Columbia Circuit**

**FILED** DEC 2 0 2007

## DESIGNATION OF JUDGES TO SERVE ON THREE-JUDGE DISTRICT COURT

The Honorable Royce C. Lamberth, Judge, United States District Court for the District of Columbia, having notified me of his conclusion the above-captioned case is an appropriate one for the convocation of a three-judge District Court, and having requested such a three-judge court be appointed to hear and decide this case, it is

**ORDERED**, pursuant to 28 U.S.C. § 2284, that the Honorable A. Raymond Randolph, Circuit Judge, United States Court of Appeals for the District of Columbia Circuit, and the Honorable Richard W. Roberts, Judge, United States District Court for the District of Columbia, are hereby designated to serve with the Honorable Royce C. Lamberth as members of the court to hear and determine this case. Judge Randolph will preside.

*Douglas H. Ginsburg*
Douglas H. Ginsburg
Chief Judge

Date: 12-20-2007