UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **CITIZENS UNITED,**             )<br>                                                  )<br>            **Plaintiff,**        )<br>                                                  )<br>      v.                                      )<br>                                                  )<br>**FEDERAL ELECTION COMMISSION,** )<br>                                                  )<br>            **Defendant.**    )<br>                                                  ) | **Civil Action No. 07-2240 (ARR, RCL, RWR)**<br>**(Three-Judge Court)** |

## ORDER

It is hereby ORDERED that plaintiff's Motion [35] for Leave to File Affidavit of David N. Bossie is DENIED.  Pursuant to Local Rule 65.1(c), supplemental affidavits may only be filed with permission of the Court.  Such permission here is inappropriate as plaintiff's motion was filed late the afternoon before a scheduled hearing on plaintiff's motions for preliminary injunction giving defendant inadequate time to respond.  Additionally, Mr. Bossie's affidavit devolves into argument that would properly be included in a reply brief, a filing that this Court's Local Rules do not permit.

SO ORDERED.


Signed by United States Circuit Judge A. Raymond Randolph, and United States District Judges Royce C. Lamberth and Richard W. Roberts, on January 10, 2008.