## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **CITIZENS UNITED,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Civil Action No. 07-2240 (ARR, RCL, RWR)** |
| ) | **(Three-Judge Court)** |
| **FEDERAL ELECTION COMMISSION,** ) | |
| ) | |
| **Defendant.** ) | |

### ORDER

*Hillary: The Movie* having been released for public sale and exhibition, and plaintiff having no objection, it is hereby

ORDERED that the script of *Hillary: The Movie* [32], Exhibit 2 to Amended Verified Complaint, shall be unsealed in this matter. The Clerk shall make the script available for public viewing in the Clerk's office. It is further hereby

ORDERED that the Clerk shall make the DVD of *Hillary: The Movie* available for public viewing in the Clerk's office. The DVD was lodged with the Clerk on January 7, 2008. The Clerk's error in delaying delivery of the DVD to chambers resulted in the comments to plaintiff's counsel at today's hearing, for which the Court now expresses its regret.

SO ORDERED.


Signed by United States Circuit Judge A. Raymond Randolph, and United States District Judges Royce C. Lamberth and Richard W. Roberts, on January 10, 2008.