**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **CITIZENS UNITED,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-2240 (ARR, RCL, RWR) |
| ) | (Three-Judge Court) |
| **FEDERAL ELECTION COMMISSION,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

Now before the Court comes plaintiff Citizens United's motions [5 and 23] for preliminary injunction seeking to enjoin defendant Federal Election Commission from enforcing challenged provisions of the Bipartisan Campaign Reform Act of 2002 ("BCRA"). Upon consideration of the parties' filings, oral argument, the applicable law, and the facts of this case, it is hereby

ORDERED that motion [5] for preliminary injunction is DENIED. It is further hereby

ORDERED that motion [23] for preliminary injunction is DENIED as moot with respect to BCRA § 203 as applied to plaintiff's "Questions" ad, and DENIED with respect to the remaining challenges.

SO ORDERED.

Signed by United States Circuit Judge A. Raymond Randolph, and United States District Judges Royce C. Lamberth and Richard W. Roberts, on January 15, 2008.