UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CITIZENS UNITED, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 07-2240 (ARR, RCL, RWR) (Three-Judge Court) |
| FEDERAL ELECTION COMMISSION, | ) ) | |
| Defendant. | ) ) | |

## ERRATA

This court's Memorandum Opinion [39] dated January 15, 2008 is amended as follows:

1. The third sentence of the second full paragraph on page 11 is stricken. This sentence read: "Whether the Supreme Court will ultimately adopt that line as a ground for holding the disclosure and disclaimer provisions unconstitutional is not for us to say."

2. Footnote 13 is moved to the end of the sentence beginning on page 11 that reads: "And we know as well that in the past the Supreme Court has written approvingly of disclosure provisions triggered by political speech even though the speech itself was constitutionally protected under the First Amendment."

3. Footnote 13 is changed from a *See* citation to a *But See* citation.

SO ORDERED.

Signed by United States Circuit Judge A. Raymond Randolph, and United States District Judges Royce C. Lamberth and Richard W. Roberts, on January 16, 2008.