United States District Court
District of Columbia

| Citizens United, *Plaintiff*, | |
|---|---|
| v. | Civil No. 07-2240-RCL |
| Federal Election Commission, *Defendant*. | THREE-JUDGE COURT |

## Notice of Appeal to U.S. Supreme Court

Notice is given that Plaintiff hereby appeals to the United States Supreme Court this Court's Order (Jan. 14, 2008; Doc. 38) denying Plaintiff's Motion for Preliminary Injunction (Doc. 5) insofar as the Order denies a preliminary injunction as to Count 1(regarding disclosure requirements for Plaintiff's advertisements) of the Amended Verified Complaint for Declaratory and Injunctive Relief (Doc. 22). Appeal is taken pursuant to 28 U.S.C. § 1253 (providing for direct appeal from interlocutory decisions of three-judge courts).

Respectfully submitted,

_____
James Bopp, Jr., D.C. Bar #CO0041
Richard E. Coleson*
Jeffrey P. Gallant*
Clayton J. Callen*
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, IN 47807-3510
812/232-2434 telephone
812/234-3685 facsimile
*Counsel for Plaintiff*
   *pro hac vice motion granted

**RECEIVED**
JAN 1 6 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Notice of Appeal to
U.S. Supreme Court                    1

## Certificate of Service

This is to certify that on January 16, 2008, I caused a copy of the foregoing to be served by e-mail in PDF format and first-class mail upon the following persons, and that all persons required to be served have been served:

David Kolker
dkolker@fec.gov
Adav Noti
anoti@fec.gov
Steve N. Hajjar
shajjar@fec.gov
FEDERAL ELECTION COMMISSION
999 E Street, NW
Washington, D.C. 20436

I also certify that I caused a copy of the foregoing to be served by first-class mail upon the following:

Solicitor General of the United States
Room 5614, Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530-0001

/s/ James Bopp
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, IN 47807-3510
812/232-2434 telephone
812/234-3685 facsimile
*Counsel for Plaintiff*