# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

January 22, 2008

Clerk
United States District Court for the District of
Columbia
United States Courthouse
3rd & Constitution Avenue, NW
Washington, DC  20001

Re:  Citizens United
     v. Federal Election Commission
     No. 07-953
     (Your No. 07-2240)  (RCL)

Dear Clerk:

An appeal in the above-entitled case was filed in this Court January 22, 2008 and placed on the docket January 22, 2008, as No. 07-953.

Sincerely,

William K. Suter, Clerk

by

Jeffrey Atkins
Supervisor-Case Analyst Division

# RECEIVED

JAN 2 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT