United States District Court
District of Columbia

| | |
|---|---|
| **Citizens United**, <br> *Plaintiff*, <br> v. <br> **Federal Election Commission**, <br> *Defendant*. | Case No. 07-2240 (ARR, RCL, RWR) <br><br> THREE-JUDGE COURT |

**Motion for Extension of Time to File Response**

Citizens United, with consent from the Federal Election Commission, moves for an extension of time to respond to the FEC's *Motion to Dismiss Counts 3 and 4 of the Amended Complaint* (Doc. # 43) until March 24, 2008. In support, Citizens United states the following.

Following this Court's denial (Doc. # 38) of its requested preliminary injunction, Citizens United filed its *Notice of Appeal* (Doc. # 41) regarding Count 1 of the Amended Complaint. On January 22, Citizens United filed its *Jurisdictional Statement* accompanied by a motion to expedite with the Supreme Court. The Solicitor General, on behalf of the FEC, filed his *Motion to Affirm or Dismiss* with the Supreme Court on February 14. Counsel for Citizens United expects the Supreme Court to consider the Jurisdictional Statement at either its February 29 or March 14 conference.

On February 11, the FEC filed its motion to dismiss counts 3 and 4. While Citizens United is awaiting an order from the Supreme Court regarding its appeal, it respectfully requests an extension of time to respond to the FEC's motion to dismiss. The outcome of its appeal will likely affect Citizens United's response to the motion. And, if the Supreme Court notes probable jurisdiction, Citizens United will seek a stay of all proceedings in this Court pending the appeal.

**Motion for Extension**

The requested extension until March 24 will provide adequate time for Citizens United to know the status of its appeal at the Supreme Court and proceed accordingly.

Citizens United has conferred with counsel for the FEC and they do not oppose this motion. LCvR 7(m).

Wherefore, Citizens United respectfully requests an extension of time to respond to the FEC's motion to dismiss.

Dated: February 19, 2008.

Respectfully submitted,

/s/ James Bopp, Jr.
James Bopp, Jr., D.C. Bar #CO0041
Richard E. Coleson*
Jeffrey P. Gallant*
Clayton J. Callen*
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, IN 47807-3510
812/232-2434 telephone
812/234-3685 facsimile
* *Pro Hac Vice Motion granted*
Counsel for Plaintiff

**Motion for Extension**                    2

United States District Court
District of Columbia

| | |
|---|---|
| **Citizens United**, *Plaintiff*, <br> *v.* <br> **Federal Election Commission**, *Defendant.* | **Case No.** 07-2240 (ARR, RCL, RWR) <br><br> THREE-JUDGE COURT |

**Order Granting Motion for Extension of Time**

It is hereby ORDERED that the Plaintiff's request for an extension of time is GRANTED. Plaintiff shall file any opposition to the Defendant's motion to dismiss (Doc. # 43) no later than March 24, 2008.

SO ORDERED this ____ day of _____ 2008.

_____
United States Circuit Judge

_____
United States District Judge

_____
United States District Judge

**Order**

Distribution:

James Bopp, Jr.
jboppjr@aol.com
Richard E. Coleson
rcoleson@bopplaw.com
Jeffrey P. Gallant
jgallant@bopplaw.com
Clayton J. Callen
ccallen@bopplaw.com
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, IN 47807-3510


Thomasenia P. Duncan
Adav Noti
Steve N. Hajjar
FEDERAL ELECTION COMMISSION
999 E Street, NW
Washington, D.C.  20463