# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **CITIZENS UNITED,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-2240 (ARR, RCL, RWR) |
| ) | (Three-Judge Court) |
| **FEDERAL ELECTION COMMISSION,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

It is hereby ORDERED that plaintiff's request for an extension of time [44] is GRANTED. Plaintiff shall file any opposition to defendant's motion [43] to dismiss no later than March 24, 2008.

SO ORDERED.

Signed by United States Circuit Judge A. Raymond Randolph, and United States District Judges Royce C. Lamberth and Richard W. Roberts, on February 22, 2008.