# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **CITIZENS UNITED,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-2240 (ARR, RCL, RWR) |
| | ) | (Three-Judge Court) |
| **FEDERAL ELECTION COMMISSION,** | ) | |
| | ) | |
| Defendant. | ) | |

## SCHEDULING ORDER

It is hereby

ORDERED that discovery and briefing in the above captioned case will proceed according to the following schedule:

All discovery should be completed by May 9, 2008, with all expert reports, if any, to be exchanged no later than May 1, 2008, and expert depositions, if any, to be conducted between May 1, 2008, and May 9, 2008. Parties shall file cross-motions for summary judgment according to the following schedule:

1) Plaintiff's motion shall be filed no later than May 16, 2008.

2) Defendant's motion and response to plaintiff's motion shall be filed no later than June 6, 2008.

3) Plaintiff's reply in support of its motion and response to defendant's motion shall be filed no later than June 27, 2008.

4)   Defendant's reply in support of its motion shall be filed no later than July 11, 2008.

SO ORDERED

Signed by United States Circuit Judge A. Raymond Randolph and United States District Judges Royce C. Lamberth and Richard W. Roberts on April 2, 2008.