UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                       )
CITIZENS UNITED,                       )
                                       )
       Plaintiff,                      )
                                       )
    v.                                  )   Civ. No. 07-2240 (ARR, RCL, RWR)
                                       )
FEDERAL ELECTION COMMISSION,           )   (Three-Judge Court)
                                       )
       Defendant.                      )
_____ )

**PROTECTIVE ORDER**

Pursuant to Fed. R. Civ. P. 26(c), upon joint motion of Plaintiff Citizens United and Defendant Federal Election Commission ("Commission"), and for good cause, it is hereby ordered that:

1. The documents and information referred to in Plaintiff's response to the Commission's Interrogatory No. 8 are designated as Confidential Information.

2. Confidential Information shall not be disclosed or distributed to any person or entity other than the following:

    (a) the attorneys for the parties in this action; their paralegals, clerical and other assistants who have a clear need therefor in connection with this action; and outside contractors hired to copy, image, index, sort, or otherwise manage the storage and retrieval of case materials;

    (b) persons retained by a party or outside counsel to serve as expert witnesses or otherwise to provide advice to counsel in connection with this action (referred to as "consultants"), provided such persons have signed a

        declaration under penalty of perjury attesting to the fact that they have read this Order and agree to be bound by its terms;

    (c)    witnesses employed or formerly employed by the producing entity in the course of an interview, deposition, or testimony in the reasonable and good faith belief of counsel that examination with respect to the Confidential Information is necessary for legitimate discovery purposes;

    (d)    Commissioners of the Commission, and their personal staff;

    (e)    stenographers engaged to transcribe depositions conducted in this action; and

    (f)    the Court and its support personnel.

3.    If the Commission contends that the documents or information produced pursuant to this Order should not be entitled to confidential status, the Commission shall consult with Plaintiff in an effort to resolve the issue informally. If efforts at informal resolution are not successful, the Commission may, by motion, request that the Court remove the confidential designation for specific information, documents, or portions of documents. Pending a ruling on such motion by the Court, the information shall continue to be treated as confidential pursuant to this Protective Order.

SO ORDERED.

    Signed by United States Circuit Judge A. Raymond Randolph, and United States District Judges Royce C. Lamberth and Richard W. Roberts, on April 18, 2008.