**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CITIZENS UNITED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 07-2240 (ARR, RCL, RWR) |
| ) | |
| FEDERAL ELECTION COMMISSION, ) | STIPULATION |
| ) | |
| Defendant. ) | |

**JOINT STIPULATION**

Plaintiff Citizens United and Defendant Federal Election Commission ("Commission") hereby stipulate as follows:

1. On May 16, 2008, Plaintiff advised the Court of Plaintiff's intent to abandon Count 5 of its Amended Complaint. (Pl.'s Mot. for Summ. J. at 2.)

2. The Commission has no objection to the dismissal of Count 5.

3. The parties respectfully request that the Court enter an order dismissing Count 5 without prejudice.

Respectfully submitted,

| | |
|---|---|
|    /s/ James Bopp, Jr.    | Thomasenia P. Duncan (D.C. Bar No. 424222) |
| James Bopp, Jr., D.C. Bar #CO0041 | General Counsel |
| Richard E. Coleson | |
| Jeffrey P. Gallant | David B. Kolker (D.C. Bar No. 394558) |
| Clayton J. Callen | Associate General Counsel |
| Bopp, Coleson & Bostrom | |
| 1 South Sixth Street | Kevin Deeley |
| Terre Haute, IN 47807-3510 | Assistant General Counsel |
| 812/232-2434 | |
| *Counsel for Plaintiff* |    /s/ Adav Noti    |
| | Adav Noti (D.C. Bar No. 490714) |
| | Attorney |
| | |
| | COUNSEL FOR DEFENDANT |
| | FEDERAL ELECTION COMMISSION |
| | 999 E Street NW |
| | Washington, DC 20463 |
| Dated: May 22, 2008 | (202) 694-1650 |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CITIZENS UNITED, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civ. No. 07-2240 (ARR, RCL, RWR) |
| FEDERAL ELECTION COMMISSION, | ) ) ) | |
| Defendant. | ) ) | |

### [PROPOSED] ORDER

Pursuant to the stipulation of the parties, it is hereby ORDERED that Count 5 of the Amended Complaint is DISMISSED without prejudice.

SO ORDERED.


_____, 2008

_____
United States Circuit Judge A. Raymond Randolph


_____
United States District Judge Royce C. Lamberth


_____
United States District Judge Richard W. Roberts