# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CITIZENS UNITED, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | )    Civ. No. 07-2240 (ARR, RCL, RWR) |
|  | ) |
| FEDERAL ELECTION COMMISSION, | ) |
|  | ) |
| Defendant. | ) |

## ORDER

Pursuant to the stipulation of the parties, it is hereby ORDERED that Count 5 of the

Amended Complaint is DISMISSED without prejudice.

SO ORDERED.


May 23, 2008

_____
/s/
United States Circuit Judge A. Raymond Randolph


_____
/s/
United States District Judge Royce C. Lamberth


_____
/s/
United States District Judge Richard W. Roberts