## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS UNITED, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civ. No. 07-2240 (ARR, RCL, RWR) ) |
| FEDERAL ELECTION COMMISSION, | ) ) |
| Defendant. | ) ) |

## NOTICE OF FILING UNDER SEAL

Pursuant to the Court's Order of April 18, 2008 (Docket No. 41), Defendant Federal Election Commission hereby files this notice that Exhibit 8 to Defendant's Statement Of Facts As To Which There Is No Genuine Dispute is being filed under seal. Four copies of the exhibit are being delivered to the Office of the Clerk by hand, and one copy has been transmitted electronically to Plaintiff's counsel.

Respectfully submitted,

Thomasenia P. Duncan (D.C. Bar No. 424222)
General Counsel

David B. Kolker (D.C. Bar No. 394558)
Associate General Counsel

Kevin Deeley
Assistant General Counsel

    /s/ Adav Noti
Adav Noti (D.C. Bar No. 490714)
Attorney

COUNSEL FOR DEFENDANT
FEDERAL ELECTION COMMISSION
999 E Street NW
Washington, DC 20463
Dated: June 6, 2008                              (202) 694-1650