UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS UNITED, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) Civ. No. 07-2240<br>FEDERAL ELECTION COMMISSION, )<br>)<br>Defendant. )<br>) | |

## ORDER

Pending before the Court is the unopposed motion [58] by the CAMPAIGN LEGAL CENTER and DEMOCRACY 21 for leave to appear in this cause as *amici curiae* and to file the Memorandum in Support of Defendant Federal Election Commission. For good cause shown, the motion for leave to participate as *amici curiae* by the Campaign Legal Center and Democracy 21 is hereby GRANTED and the Memorandum of *Amici Curiae* shall be filed in this case.

Order entered by United States Circuit Judge A. Raymond Randolph and United States District Judges Royce C. Lamberth and Richard W. Roberts on June 11, 2008.