SUPREME COURT OF THE UNITED STATES
OFFICE OF THE CLERK
WASHINGTON, DC 20543-0001

**WILLIAM K. SUTER**
CLERK OF THE COURT

AREA CODE 202
479-3011

April 25, 2008

United States District Court
for the District of Columbia
333 Constitution Avenue, Northwest
Washington, DC 20001

Re:  Citizens United
v. Federal Election Commission
No. 07-953 (Your docket No. 07-2240)

Dear Clerk:

Enclosed please find a certified copy of the judgment of this Court in the above-entitled case.

Kindly acknowledge receipt on the attached copy of this letter.

Sincerely,

WILLIAM K. SUTER, Clerk

By  *Elizabeth Brown*
Elizabeth Brown
Judgments/Mandates Clerk

Enc.
cc:  James Bopp, Esq.
Solicitor General

# Supreme Court of the United States

No.

07-953

**CITIZENS UNITED,**

Appellant

v.

**FEDERAL ELECTION COMMISSION**

**ON APPEAL** from the United States District Court for the District of Columbia.    **THIS CAUSE** having been submitted on the statement as to jurisdiction and the motion to dismiss or affirm.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the appeal is dismissed for want of jurisdiction.

March 24, 2008

A True copy WILLIAM K. SUTER
Test:
Clerk of the Supreme Court of the United States
By _____
                                                    Deputy