UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CITIZENS UNITED,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-2240 (ARR, RCL, RWR) |
| ) | (Three-Judge Court) |
| **FEDERAL ELECTION COMMISSION,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

This case returns to us on cross motions for summary judgment. Upon full consideration of the parties' filings, the entire record herein, and applicable law, it is for the reasons set forth in an accompanying Memorandum Opinion, hereby

**ORDERED** that plaintiff's motion [52] for summary judgment is **DENIED**, and defendant's motion [55] for summary judgment is **GRANTED**.[1] Judgment is hereby entered for defendant.

SO ORDERED.


Signed by United States Circuit Judge A. Raymond Randolph, and United States District Judges Royce C. Lamberth and Richard W. Roberts, on July 18, 2008.

---

[1] Defendant's motion [43] to dismiss Counts 3 and 4 of the Amended Complaint is hereby **GRANTED** in part and **DENIED** in part as moot. As to Count 3, defendant's motion is denied as moot. As to Count 4, defendant's motion to dismiss is granted without prejudice by agreement of the parties.