United States District Court
District of Columbia

| Citizens United, *Plaintiff*, | |
|---|---|
| v. | Civil No. 07-2240-RCL |
| Federal Election Commission, *Defendant*. | THREE-JUDGE COURT |

## Notice of Appeal to U.S. Supreme Court

Notice is given that Plaintiff hereby appeals to the United States Supreme Court this Court's Order (July 18, 2008; Doc. 66) denying Plaintiff's Motion for Summary Judgment (Doc. 52) and granting Defendant's Motion for Summary Judgement (Doc. 55) as to Counts 1, 2, and 3 of Plaintiff's Amended Verified Complaint for Declaratory and Injunctive Relief (Doc. 22). Appeal is taken pursuant to § 403(a)(3) of the Bipartisan Campaign Reform Act of 2002. Pub. L. No. 107-155, 116 Stat. 81, 113-14 (providing for direct appeal to the Supreme Court).

July 24, 2008

Respectfully submitted,

*/s/ James Bopp*

James Bopp, Jr., D.C. Bar #CO0041
Richard E. Coleson*
Jeffrey P. Gallant*
Clayton J. Callen*
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, IN 47807-3510
812/232-2434 telephone
812/234-3685 facsimile
*Counsel for Plaintiff*
     **pro hac vice motion granted*

RECEIVED
JUL 2 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Certificate of Service

This is to certify that on July 24, 2008, I caused a copy of the foregoing to be served by e-mail in PDF format and first-class mail upon the following persons, and that all persons required to be served have been served:

David Kolker
dkolker@fec.gov
Adav Noti
anoti@fec.gov
FEDERAL ELECTION COMMISSION
999 E Street, NW
Washington, D.C. 20436

I also certify that I caused a copy of the foregoing to be served by first-class mail upon the following:

Solicitor General of the United States
Room 5614, Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530-0001

/s/ James Bopp
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, IN 47807-3510
812/232-2434 telephone
812/234-3685 facsimile
*Counsel for Plaintiff*