# Supreme Court of the United States

No.     08-322

**CITIZENS UNITED,**

Appellant

v.

**FEDERAL ELECTION COMMISSION**

**APPEAL FROM** the United States District Court for the District of Columbia.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is reversed with respect to the constitutionality of 2 U.S.C. §441b's restrictions on corporate independent expenditures.  The judgment is affirmed with respect to BCRA's disclaimer and disclosure requirements.  The case is remanded to the United States District Court for the District of Columbia for further proceedings consistent with the opinion of this Court.

**IT IS FURTHER ORDERED** that the appellant Citizens United recover **_one-half costs_** from Federal Election Commission One Thousand Three Hundred Fifty-eight Dollars ($1,358.00) for costs herein expended.

January 21, 2010

| | |
|---|---|
| **Printing of record:** | **$2,417.00** |
| **Clerk's costs:** | **300.00** |
| **Total:** | **$2,717.00** |
| **_One-half costs:_** | **_$1,358.50_** |

A True copy WILLIAM K. SUTER
Test
Clerk of the Supreme Court of the United States
By. [signature]